IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | C.A. No. 22-941 (GBW) |
| ) | |
| AVADEL CNS PHARMACEUTICALS LLC, ) | |
| ) | |
| Defendant. ) | |

**JAZZ PHARMACEUTICALS, INC.'S MOTION TO
DISMISS AVADEL'S ANTITRUST COUNTERCLAIMS**

Plaintiff Jazz Pharmaceuticals, Inc. respectfully moves this Court to dismiss Counts IV and V of Defendant Avadel CNS Pharmaceuticals LLC's Counterclaims with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for this motion are set forth in Jazz's opening brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Nicholas LoCastro
Krista M. Rycroft
Quentin Jorgensen
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff Jazz Pharmaceuticals, Inc.*

December 9, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-941 (GBW) ) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING JAZZ PHARMACEUTICALS, INC.'S MOTION TO DISMISS AVADEL'S ANTITRUST COUNTERCLAIMS**

At Wilmington this _____ day of _____, 2022, having considered Plaintiff Jazz Pharmaceuticals, Inc.'s motion to dismiss Counts IV and V of Defendant Avadel CNS Pharmaceuticals LLC's Counterclaims with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "motion");

IT IS HEREBY ORDERED that the motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Sarah Propst, Esquire<br>Audra Sawyer, Esquire<br>Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

Yi Ning, Esquire                                           VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
*Attorneys for Defendant*

Daralyn J. Durie, Esquire                                  VIA ELECTRONIC MAIL
Eric P. Berger, Esquire
Rebecca E. Weires, Esquire
David F. McGowan, Esquire
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
*Attorneys for Defendant*

Kira A. Davis, Esquire                                     VIA ELECTRONIC MAIL
Katherine E. McNutt, Esquire
Andrew T. Jones, Esquire
W. Henry Huttinger, Esquire
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
*Attorneys for Defendant*

Rose S. Lee, Esquire                                       VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
*Attorneys for Defendant*

                                                           */s/ Jeremy A. Tigan*

                                                           Jeremy A. Tigan (#5239)