**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC.<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC.<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC.<br><br>Defendant. | C.A. No. 21-1594-GBW |
| JAZZ PHARMACEUTICALS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC.<br><br>Defendant. | C.A. No. 22-941-GBW |

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC, AND AVADEL PHARMACEUTICALS PLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>  Defendants. | C.A. No. 22-487-GBW |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that effective January 1, 2023, Eric Berger, Kira Davis, Daralyn Durie, Henry Huttinger, Andrew Jones, David McGowan, Katherine McNutt and Rebecca Weires, counsel for Avadel CNS Pharmaceuticals, LLC and Avadel Pharmaceuticals PLC in these actions, are now affiliated with the law firm of MORRISON & FOERSTER LLP.  Their new contact information is as follows:

| | | |
|---|---|---|
| Daralyn J. Durie<br>Eric P. Berger<br>Rebecca E. Weires<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>415-568-6034<br>ddurie@mofo.com<br>eberger@mofo.com<br>rweires@mofo.com | Kira A. Davis<br>Henry Huttinger<br>Katherine E. McNutt<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>213-892-5200<br>kiradavis@mofo.com<br>hhuttinger@mofo.com<br>kmcnutt@mofo.com | David F. McGowan<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA  92130<br>415-268-7000<br>dmcgowan@mofo.com |

Andrew T. Jones
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
202-887-8780
andrewjones@mofo.com

ME1 43884398v.1

|  |  |
|---|---|
| Dated: January 5, 2023 | McCARTER & ENGLISH, LLP |
|  | */s/ Alexandra M. Joyce* |
|  | Daniel M. Silver (#4758) |
|  | Alexandra M. Joyce (#6423) |
|  | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
|  | Wilmington, Delaware 19801 |
|  | (302) 984-6300 |
|  | dsilver@mccarter.com |
|  | ajoyce@mccarter.com |
|  |  |
|  | *Counsel for Avadel* |