IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-941 (GBW) |
| | ) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER DISMISSING
JAZZ'S PATENT INFRINGEMENT CLAIM AGAINST AVADEL AND
AVADEL'S NONINFRINGEMENT & INVALIDITY COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41, Jazz Pharmaceuticals, Inc. ("Jazz") and Avadel CNS Pharmaceuticals, LLC ("Avadel") hereby stipulate as follows:

WHEREAS Jazz has sued Avadel in this action ("Action") for infringement of Jazz's U.S. Patent No. 8,731,963 (the "'963 patent") (D.I. 1) in connection with Avadel's submission to the United States Food and Drug Administration ("FDA") of New Drug Application ("NDA") No. 214755 seeking FDA approval to market a sodium oxybate drug product ("Avadel's NDA Product");

WHEREAS Avadel filed counterclaims in the Action for noninfringement and invalidity of the '963 patent (D.I. 14);

The parties, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), Jazz hereby dismisses without prejudice its claim that Avadel's NDA Product described in Avadel's NDA No. 214755 infringes the '963 patent in this Action.

2. Pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), Avadel hereby dismisses without

prejudice its counterclaims for noninfringement and invalidity against the '963 patent in this Action (Counterclaim Counts I and II).

3. Avadel's counterclaim for de-listing the '963 patent (Counterclaim Count III) is dismissed as moot.

4. Nothing herein shall prevent the parties from seeking or obtaining other relief in the Action, including with respect to Counterclaims IV and V in the Action, which remain pending and are not affected by this Stipulation.

Dated: March 6, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 568-6034

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200

| | |
|---|---|
| OF COUNSEL: | Kenneth G. Schuler |
| | Marc N. Zubick |
| F. Dominic Cerrito | Alex M. Grabowski |
| Eric C. Stops | Sarah W. Wang |
| Evangeline Shih | LATHAM & WATKINS LLP |
| Andrew S. Chalson | 330 North Wabash Avenue, Suite 2800 |
| Gabriel P. Brier | Chicago, IL 60611 |
| Frank C. Calvosa | (312) 876-7700 |
| QUINN EMANUEL URQUHART | |
| & SULLIVAN, LLP | Sarah Propst |
| 51 Madison Avenue, 22nd Floor | LATHAM & WATKINS LLP |
| New York, NY 10010 | 555 Eleventh Street, NW, Suite 1000 |
| (212) 849-7000 | Washington, D.C. 20004-1304 |
| | (202) 637-1076 |
| *Attorneys for Plaintiff* | |
| *Jazz Pharmaceuticals, Inc.* | Herman Yue |
| | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | (212) 906-1200 |
| | |
| | *Attorneys for Defendant* |
| | *Avadel CNS Pharmaceuticals, LLC* |

**SO ORDERED** this _____ day of March, 2023.

_____
United States District Court Judge