

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

October 18, 2023

<u>**VIA CM/ECF**</u>

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*, C.A. No. 22-941-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

Counsel for the parties conferred by email and verbally in accordance with Local Rule 7.1.1. on multiple occasions. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on at least October 17, 2023:

<u>Avadel's Delaware Counsel</u>: Daniel M. Silver and Alexandra M. Joyce (McCarter & English, LLP)

<u>Avadel's Lead Counsel</u>: Alan J. Devlin, Christopher J. Brown, Anna M. Rathbun, and Kevin Wu (Latham & Watkins LLP); Alexander Okuliar and W. Henry Huttinger (Morrison & Foerster LLP)

<u>Jazz's Delaware Counsel:</u> Jeremy A. Tigan (Morris, Nichols, Arsht & Tunnell LLP)

<u>Jazz's Lead Counsel:</u> William R. Sears, Nicolas Siebert, and Monika Hara (Quinn Emanuel Urquhart & Sullivan, LLP)

The dispute requiring judicial attention is:

1. Avadel's request for an order compelling Jazz to elect whether to rely upon advice of counsel by a date certain (November 22, 2023) in connection with Avadel's antitrust counterclaims based on Jazz's allegedly improper listing of U.S. Patent No. 8,731,963 in the Orange Book.

Counsel are available at the Court's convenience.

ME1 46385053v.1

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All counsel of record (via CM/ECF and E-Mail)