# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-00941-GBW |
| | ) |
| AVADEL CNS PHARMACEUTICALS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiff and Counterclaim-Defendant Jazz Pharmaceuticals, Inc. ("Jazz") and Defendant and Counterclaim-Plaintiff Avadel CNS Pharmaceuticals LLC ("Avadel"), each a "Party" and together the "Parties," through their undersigned counsel, hereby stipulate and agree to the following regarding extending the case schedule in C.A. No. 22-941.

WHEREAS, the Court entered a Scheduling Order (D.I. No. 44), which set the following pre-trial deadlines:

- All fact discovery shall be completed by March 14, 2024;

- Experts shall be disclosed and reports provided by April 26, 2024;

- Rebuttal experts shall be disclosed and reports provided by June 14, 2024;

- Reply expert reports shall be provided by June 28, 2024;

- All discovery from experts shall be completed by July 26, 2024;

- All case dispositive motions shall be served and filed by September 20, 2024;

WHEREAS, the parties are still working towards completing fact discovery in this case;

WHEREAS, the parties have a discovery dispute pending before the Court (*see* D.I. Nos. 72, 73), which may impact the scope of discovery;

ME1 47446092v.1

WHEREAS, the parties have met and conferred and agree that an extension to the schedule will be necessary to allow sufficient time for ongoing fact discovery;

WHEREAS, the parties have agreed to stay discovery for 6 weeks until after trial concludes in C.A. No. 21-691, from January 22, 2024 to March 5, 2024, at which point the stay would lift;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following deadlines shall be extended:

| Event | Current Case Schedule | Proposed Case Schedule |
|---|---|---|
| Fact discovery cut off | 3/14/2024 | 6/20/2024 |
| Initial expert disclosures and reports | 4/26/2024 | 8/2/2024 |
| Rebuttal expert disclosures and reports | 6/14/2024 | 9/20/2024 |
| Reply expert reports | 6/28/2024 | 10/4/2024 |
| Expert discovery cut off | 7/26/2024 | 11/1/2024 |
| Case dispositive motions and *Daubert* motions | 9/20/2024 | 1/31/2025 |

Dated: January 23, 2024

| | |
|---|---|
| MORRIS, NICHOLAS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| | |
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED** this ___ day of _____, 2024.

_____
United States District Court Judge