IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-941 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING JAZZ'S SUPPLEMENTAL MOTION TO STAY**

The Court, having considered Plaintiff Jazz Pharmaceuticals, Inc.'s Supplemental Motion to Stay, as well as the submissions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2024, that:

1. Jazz's Motion is GRANTED.

2. This case is stayed pending resolution of post-trial briefing and the appeal, if any, of the jury's verdict finding claim 24 of the '782 patent valid in C.A. No. 21-691.

_____
UNITED STATES DISTRICT JUDGE