# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVADEL CNS )<br>PHARMACEUTICALS, LLC, )<br>)<br>Defendant. )<br>) | C.A. No. 22-941-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties have conferred and have agreed to extend pretrial deadlines and to add several interim discovery deadlines, including to allow time for the resolution of Jazz's pending motions to dismiss (D.I. 21, 48) and to stay discovery (D.I. 49, 80) as well as Avadel's pending discovery dispute (D.I. 72);[1]

WHEREAS, the parties certify that pursuant to D. Del. LR 16.4, counsel for the parties have conferred with their clients regarding the extensions for the completion of discovery;

WHEREAS, the proposed extensions do not affect the court-ordered dates for the pretrial conference and trial;

---

[1] This stipulation is without prejudice to Jazz's arguments that discovery should be stayed or to Avadel's arguments that discovery should not be stayed.

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following deadlines are extended:

| Event | Current Case Schedule | Proposed Case Schedule |
| --- | --- | --- |
| Parties to exchange sample productions of structured transactional and financial data | - | 5/3/2024 |
| Parties to meet and confer regarding their structured transactional and financial data sample and any perceived deficiencies therein | - | 5/10/2024 |
| Supplemental Responses to Avadel's Interrogatories | - | 5/24/2024 |
| Earliest date by which Parties may serve deposition notices | - | 6/14/2024 |
| Production of structured transactional and financial data | - | 6/21/2024 |
| Supplemental production of documents 1) in response to Avadel's RFPs, 2) from non-custodial data sources, and 3) previously withheld non-privileged documents | - | 6/21/2024 |
| Refresh structured transactional and financial data production | - | 9/20/2024 |
| Fact discovery cut off | 6/20/2024 | 9/27/2024 |
| Initial expert disclosures and reports | 8/2/2024 | 11/8/2024 |
| Rebuttal expert disclosures and reports | 9/20/2024 | 12/20/2024 |
| Reply expert reports | 10/4/2024 | 1/10/2025 |

2

| Expert discovery cut off | 11/1/2024 | 2/7/2025 |
|---|---|---|
| Case dispositive motions and *Daubert* motions | 1/31/2025 | 4/4/2025 |
| Pretrial Conference | 10/30/2025 | 10/30/2025 (No change) |
| Trial (5 days) | 11/3/2025 | 11/3/2025 (No change) |

Dated: April 22, 2024

| | |
|---|---|
| MORRIS, NICHOLAS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| | |
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED** this ___ day of _____, 2024.

_____
United States District Court Judge