# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 22-941-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on June 7, 2024 Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") filed a Motion for Reargument or, in the Alternative, to Certify an Appeal Under 28 U.S.C. § 1292(b) (D.I. 100);

WHEREAS, the parties have conferred and agreed to extensions of time for the remaining briefing on the Motion;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that (1) the deadline for Avadel to file a response in opposition to the Motion is extended to and including June 28, 2024 (from June 21, 2024); and (2) the deadline for Jazz to file a reply in support of the portion of its motion requesting that the Court certify an appeal under 28 U.S.C. § 1292(b) is extended to July 12, 2024 (from July 5, 2024).

Dated: June 17, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com | */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Court Judge