# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

September 13, 2024

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC,* C.A. No. 22-941 (GBW)

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

Counsel for the parties conferred by email and verbally in accordance with D. Del. LR 7.1.1 on multiple occasions. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on August 13 and September 10, 2024:

- Avadel's Delaware Counsel: Alexandra M. Joyce (McCarter & English, LLP)

- Avadel's Lead Counsel: Christine Greeley (Latham & Watkins LLP); W. Henry Huttinger, Margaret A. Webb, and Helen He (Morrison & Foerster LLP)

- Jazz's Delaware Counsel: Jeremy Tigan (Morris, Nichols, Arsht & Tunnell LLP)

- Jazz's Lead Counsel: Will Sears, Avi Grunfeld, Nicolas Siebert, Habib Abraham, Carolina Yu (Quinn Emanuel Uruqhart & Sullivan, LLP)

The dispute requiring judicial attention is listed below:

1. The scope of the parties' supplemental document productions to include documents following the June 2023 launch of Lumryz.

The Honorable Gregory B. Williams
September 13, 2024
Page 2

                                                      Respectfully,

                                                      */s/ Jeremy A. Tigan*

                                                      Jeremy A. Tigan (#5239)

JAT:lo
cc:     Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)