# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) REDACTED PUBLIC VERSION <br> ) FILED OCTOBER 3, 2024 <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 22-941-GBW <br> AVADEL CNS PHARMACEUTICALS, ) <br> LLC, ) ▮▮▮▮▮▮▮▮▮▮ <br> ) <br> Defendant. ) |

## DECLARATION OF ANNA M. RATHBUN IN SUPPORT OF AVADEL CNS PHARMACEUTICALS, LLC'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER REGARDING PRODUCTION DEADLINE

I, Anna M. Rathbun, hereby declare and state as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, and counsel of record for Avadel CNS Pharmaceuticals, LLC ("Avadel") in the above-captioned case. I am admitted to practice before the Court *pro hac vice*.

2. I make this declaration in support of Avadel's Motion for Partial Reconsideration of the Court's Order Regarding Production Deadline.

3. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

4. At 10:16 a.m. ET on September 25, 2024, Avadel sent Jazz Pharmaceuticals, Inc. ("Jazz") a list of proposed search terms as well as an accompanying hit report that was prepared by Avadel's vendor, KLDiscovery. Avadel's proposed search terms would require the review of

90,485 documents. KLDiscovery advised that it will take approximately 3,144 hours to complete this review and recommended that Avadel onboard thirty-four first-level reviewers, four team leads, and one review manager.

5.  At 2:06 p.m. ET on September 25, 2024, Jazz rejected Avadel's search terms and provided a counterproposal. Jazz's proposed search terms would require the review of 126,483 documents. KLDiscovery advised that it will take approximately 4,414 hours to complete this review and recommended that Avadel onboard forty-seven first-level reviewers, six team leads, and one review manager.

6.  Attached as **Exhibit A** is a true and correct copy of an email chain from Andrew Faisman regarding "Jazz v. Avadel Antitrust – Scarola Deposition," dated September 20, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024 in Washington, D.C.

*[signature]*

Anna M. Rathbun

# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Faisman |
| **To:** | Greeley, Christine (Bay Area); HHuttinger@mofo.com; #C-M AVADEL ANTITRUST - LW TEAM; MoFo-Avadel-Antitrust@mofo.com; Jazz Avadel Antitrust; JTigan@morrisnichols.com; Jack Blumenfeld |
| **Subject:** | RE: Jazz v. Avadel Antitrust - Scarola Deposition |
| **Date:** | Tuesday, September 24, 2024 9:21:09 AM |

Thank you. We will plan for Ms. Scarola's deposition to occur on October 30. We agree not to seek a modification of the schedule based on this change in the timing of Ms. Scarola's deposition, or the timing of ProPharma's productions. We reserve our rights as to specific ProPharma documents, which we have not yet received.

**From:** Christine.Greeley@lw.com <Christine.Greeley@lw.com>
**Sent:** Monday, September 23, 2024 12:06 AM
**To:** Andrew Faisman <andrewfaisman@quinnemanuel.com>; HHuttinger@mofo.com; avadelantitrust.lwteam@lw.com; MoFo-Avadel-Antitrust@mofo.com; Jazz Avadel Antitrust <jazzavadelantitrust@quinnemanuel.com>; JTigan@morrisnichols.com; Jack Blumenfeld <jblumenfeld@morrisnichols.com>
**Subject:** RE: Jazz v. Avadel Antitrust - Scarola Deposition

[EXTERNAL EMAIL from christine.greeley@lw.com]

Counsel,

We disagree that the ProPharma subpoena, which Jazz served in July, is reason to move Ms. Scarola's deposition date. Nevertheless, Ms. Scarola is available for a deposition on October 30. We agree to reschedule her deposition to this date so long as Jazz will agree not to seek any modification of the existing case schedule on account of Ms. Scarola's deposition being pushed to this date or documents produced pursuant to Jazz's ProPharma subpoena.

We look forward to receiving your response.

Best,
Christie

**Christine Greeley**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8836

**From:** Andrew Faisman <andrewfaisman@quinnemanuel.com>
**Sent:** Friday, September 20, 2024 8:11 AM
**To:** HHuttinger@mofo.com; Greeley, Christine (Bay Area) <Christine.Greeley@lw.com>; #C-M AVADEL ANTITRUST - LW TEAM <avadelantitrust.lwteam@lw.com>; MoFo-Avadel-

Antitrust@mofo.com; Jazz Avadel Antitrust <jazzavadelantitrust@quinnemanuel.com>; Tigan, Jeremy A. <JTigan@morrisnichols.com>; Jack Blumenfeld <jblumenfeld@morrisnichols.com>
**Subject:** Jazz v. Avadel Antitrust - Scarola Deposition

Counsel,

Jazz would like to reschedule Ms. Scarola's deposition to the second half of October.  As you are aware, Jazz has issued document and deposition subpoenas to ProPharma Group.  Although ProPharma intends to produce documents, it appears unlikely that its document production will be complete by the currently scheduled date of October 3.  We believe Ms. Scarola's deposition should take place after ProPharma—Ms. Scarola's longtime former employer—completes producing documents pursuant to our subpoena.

Thank you,

**Andrew Faisman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7335 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
andrewfaisman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on September 26, 2024 on the following counsel in the manner indicated below.

### **VIA EMAIL:**

Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

William R. Sears
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Willsears@quinnemanuel.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Steig D. Olson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
steigolson@quinnemanuel.com

*Attorneys for Plaintiff Jazz Pharmaceuticals, Inc.*

Dated: September 26, 2024             */s/ Daniel M. Silver*
                                                                 Daniel M. Silver (#4758)