MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
302 351-9106
jtigan@morrisnichols.com

October 16, 2024

The Honorable Gregory B. Williams              *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC,* C.A. No. 22-941 (GBW)

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

Counsel for the parties conferred by email and verbally in accordance with D. Del. LR 7.1.1 on multiple occasions. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on October 9, October 11, October 14, and/or October 15, 2024:

- <u>Avadel's Delaware Counsel</u>: Daniel Silver (McCarter & English, LLP)

- <u>Avadel's Lead Counsel</u>: Anna Rathbun, Anne Nicole Thorson, Chris Brown (Latham & Watkins LLP); W. Henry Huttinger (Morrison & Foerster LLP)

- <u>Jazz's Delaware Counsel</u>: Jeremy Tigan, Cameron Clark (Morris, Nichols, Arsht & Tunnell LLP)

- <u>Jazz's Lead Counsel</u>: Will Sears, Lynette Lim, Jill Farley, Habib Abraham (Quinn Emanuel Urquhart & Sullivan, LLP)

The dispute requiring judicial attention is listed below:

1.     Jazz's request for an order compelling Avadel to produce documents withheld or redacted based on claims of privilege.

The Honorable Gregory B. Williams
October 16, 2024
Page 2

                                              Respectfully,

                                              */s/ Jeremy A. Tigan*

                                              Jeremy A. Tigan (#5239)

cc:    All Counsel of Record (via CM/ECF and e-mail)