# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

---

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
302 351-9106
jtigan@morrisnichols.com

October 28, 2024

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

           Re:     *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC,* C.A. No. 22-941 (GBW)

Dear Judge Williams:

           Pursuant to the Court's October 17, 2024 Oral Order (D.I. 188), the Court and counsel for the parties may use the dial-in below for the discovery teleconference scheduled for tomorrow, October 29, 2024, at 2:00 p.m. ET:

           Dial-in: (877) 304-9269

           Passcode: 3023519106#


                              Respectfully,

                              */s/ Jeremy A. Tigan*

                              Jeremy A. Tigan (#5239)


cc:     All Counsel of Record (via CM/ECF and e-mail)