# APPENDIX A

**Index of Avadel's Improperly Withheld or Redacted Documents**

| ProPharma Documents (Document IDs) | Bates Numbers (if applicable) |
|---|---|
| PRIV_AVDL_AT_00002487 | |
| PRIV_AVDL_AT_00003486 | |
| PRIV_AVDL_AT_00003489 | |
| PRIV_AVDL_AT_00003960 | |
| PRIV_AVDL_AT_00003987 | |
| PRIV_AVDL_AT_00004074 | |
| PRIV_AVDL_AT_00004069 | |
| PRIV_AVDL_AT_00004154 | |
| PRIV_AVDL_AT_00004150 | |
| PRIV_AVDL_AT_00014059 | |
| PRIV_AVDL_AT_00014373 | |
| PRIV_AVDL_AT_00021869 | |
| PRIV_AVDL_AT_00004052 | |
| PRIV_AVDL_AT_00004169 | |
| PRIV_AVDL_AT_00004316 | |
| PRIV_AVDL_AT_00004370 | |
| PRIV_AVDL_AT_00004354 | |
| PRIV_AVDL_AT_00004385 | |
| PRIV_AVDL_AT_00004386 | |
| PRIV_AVDL_AT_00004407 | |
| PRIV_AVDL_AT_00004433 | |
| PRIV_AVDL_AT_00004438 | |
| PRIV_AVDL_AT_00004439 | |
| PRIV_AVDL_AT_00004434 | |
| PRIV_AVDL_AT_00004470 | |
| PRIV_AVDL_AT_00004441 | |
| PRIV_AVDL_AT_00004464 | |
| PRIV_AVDL_AT_00012974 | |
| PRIV_AVDL_AT_00017357 | |
| PRIV_AVDL_AT_00020758 | |
| PRIV_AVDL_AT_00021534 | |
| PRIV_AVDL_AT_00020818 | AVDL_AT_00849742 |
| PRIV_AVDL_AT_00012245 | AVDL_AT_00815065 |
| PRIV_AVDL_AT_00006615 | AVDL_AT_00800978 |

| Greenleaf Documents | Bates Numbers (if applicable) |
|---|---|
| PRIV_AVDL_AT_00000275 | |
| PRIV_AVDL_AT_00000310 | |
| PRIV_AVDL_AT_00000311 | |
| PRIV_AVDL_AT_00000338 | AVDL_AT_00776547 |
| PRIV_AVDL_AT_00001761 | |
| PRIV_AVDL_AT_00001919 | AVDL_AT_00780272 |
| PRIV_AVDL_AT_00001923 | |
| PRIV_AVDL_AT_00001925 | |
| PRIV_AVDL_AT_00001926 | |
| PRIV_AVDL_AT_00001927 | |
| PRIV_AVDL_AT_00002348 | |
| PRIV_AVDL_AT_00002419 | |
| PRIV_AVDL_AT_00002421 | |
| PRIV_AVDL_AT_00002426 | |
| PRIV_AVDL_AT_00002433 | |
| PRIV_AVDL_AT_00002977 | |
| PRIV_AVDL_AT_00002979 | |
| PRIV_AVDL_AT_00003209 | |
| PRIV_AVDL_AT_00003476 | |
| PRIV_AVDL_AT_00003477 | |
| PRIV_AVDL_AT_00018682 | |
| PRIV_AVDL_AT_00024680 | AVDL_AT_01000195 |
| PRIV_AVDL_AT_00024682 | AVDL_AT_01000204 |
| PRIV_AVDL_AT_00024683 | AVDL_AT_01000209 |
| PRIV_AVDL_AT_00026468 | AVDL_AT_01002306 |
| PRIV_AVDL_AT_00027015 | |
| PRIV_AVDL_AT_00027809 | AVDL_AT_01004696 |
| PRIV_AVDL_AT_00028113 | AVDL_AT_01013925 |
| PRIV_AVDL_AT_00028332 | AVDL_AT_01015126 |
| PRIV_AVDL_AT_00028499 | AVDL_AT_01016580 |
| PRIV_AVDL_AT_00028695 | AVDL_AT_01025880 |
| PRIV_AVDL_AT_00028737 | |
| PRIV_AVDL_AT_00029051 | |
| PRIV_AVDL_AT_00029579 | AVDL_AT_01021881 |
| PRIV_AVDL_AT_00029826 | |
| PRIV_AVDL_AT_00029827 | AVDL_AT_01027269 |

**Launch Timeline Documents (Bates Numbers)**

AVDL_AT_00937783
AVDL_AT_00948590
AVDL_AT_00864047