# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
|  | ) |
| Counterclaim-Defendant, | ) |
|  | ) |
| v. | ) C.A. No. 22-941-GBW |
|  | ) |
| AVADEL CNS PHARMACEUTICALS, LLC, | ) |
|  | ) |
| Counterclaim-Plaintiff. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, trial in this case is currently scheduled for November 3, 2025, and the pretrial conference is currently scheduled for October 30, 2025 at 3:00 p.m.; and

WHEREAS, the parties have agreed to an extension of time for certain case deadlines, which do not impact the pretrial conference or trial dates;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the following schedule shall govern the service of expert reports.

1. The deadline to serve initial expert disclosures and reports is extended to November 22, 2024 (from November 8, 2024);

2. The deadline to serve rebuttal expert disclosures and reports is extended to January 31, 2025 (from December 20, 2024);

3. The deadline to serve reply expert reports is extended to February 21, 2025 (from January 10, 2025);

4. The expert discovery cut off is extended to March 21, 2025 (from February 7, 2025); and

1

5. The deadline to serve case dispositive motions and *Daubert* motions is extended to April 25, 2025 (from April 4, 2025).

Dated: October 30, 2024

| MORRIS, NICHOLAS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jtigan@morrisnichols.com <br><br> *Attorneys for* <br> *Jazz Pharmaceuticals, Inc.* | */s/ Alexandra M. Joyce* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for* <br> *Avadel CNS Pharmaceuticals LLC* |

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Court Judge

2