IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-941-GBW |
| v. | ) |
| | ) |
| AVADEL CNS PHARMACEUTICALS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AVADEL'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1.2(b), Avadel CNS Pharmaceuticals, LLC ("Avadel") respectfully submits a recent Memorandum Opinion, attached as Exhibit A, issued in *Jazz Pharmaceuticals, Inc. v. Becerra*, No. 23-1819, D.I. 104 (D.D.C. Oct. 30, 2024) (the "*APA Case*").

In its most recent brief, Jazz again claimed that it would have gotten an injunction to prevent the launch of LUMRYZ in April 2022 because the FDA's Office of Orphan Products Development ("OOPD") would not have granted orphan drug exclusivity ("ODE") to LUMRYZ by then. D.I. 193. Jazz based this argument on its contention that an August 31, 2021 consult letter ("Consult Letter") from the FDA's Division of Neurology 1 ("DN 1") to OOPD meant that "the FDA [c]ould [not] have granted final approval by October 15, 2021" because, "[a]s of that time, the FDA's internal experts ***had concluded*** that LUMRYZ was not clinically superior to XYREM or XYWAV and thus could not overcome Jazz's ODE." D.I. 50 at 4 (emphasis added). Specifically, Jazz argued that "no facts support any other conclusion" than that "FDA would not have found the clinical superiority necessary for LUMRYZ's [ODE] . . . by April 2022." D.I. 193 at 1; *see also* D.I. 184 at 7 ("[A]s of April 2022 the most recent conclusion of the FDA's internal

experts was that Avadel had provided 'no evidence' of clinical superiority, and thus had no basis to overcome Jazz's ODE . . . ." (citing the Consult Letter)).

In the Memorandum Opinion, Judge Mehta rejected Jazz's argument that the August 2021 Letter shows that DN 1 had "found that Lumryz was not clinically superior to Xywav." Specifically, Judge Mehta stated:

> ***Jazz's factual premise that OOPD reached an "impasse" with the Review Division***, which triggered internal dispute resolution policies, ***is not supported by the record***. True, [DN 1] opined in a single sentence and without elaboration that Lumryz did not provide a major contribution based on once-nightly dosing. But it also said that its written response was a "preliminary review," "which is ongoing," and that the response did "not represent [DN 1's] final or current thinking on the matter," as "the orphan-drug exclusivity issues associated with this application remain under review." ***That does not sound like a final position that caused an "impasse."***

Ex. A at 47 (emphasis added) (citations omitted).

Judge Mehta's decision in the *APA Case* further supports denial of Jazz's stay requests.

| | |
|---|---|
| Dated: November 1, 2024 | McCARTER & ENGLISH, LLP |
| *Of Counsel*: | */s/Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | Renaissance Centre |
| Sarah W. Wang | 405 N. King Street, 8th Floor |
| Alex Grabowski | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 330 N. Wabash Avenue, Suite 2800 | dsilver@mccarter.com |
| Chicago, IL 60611 | ajoyce@mccarter.com |
| Telephone: (312) 876-7700 | |
| kenneth.schuler@lw.com | *Counsel for Defendant* |
| marc.zubick@lw.com | |
| sarah.wang@lw.com | |
| alex.grabowski@lw.com | |

Herman H. Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Ian R. Conner
Alan J. Devlin
Anna Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, D.C. 20004
(202) 637-2200
Ian.Conner@lw.com
Alan.Devlin@lw.com
Anna.Rathbun@lw.com

Daralyn J. Durie
Eliot A. Adelson
Helen He
Margaret A. Webb
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
eadelson@mofo.com
hhe@mofo.com
mwebb@mofo.com

Kira A. Davis
W. Henry Huttinger
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
hhuttinger@mofo.com

Alexander Okuliar
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com