

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

November 4, 2024

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*; C.A. No. 22-941-GBW

Dear Judge Williams:

Pursuant to the Court's Order, (D.I. 195), Avadel submits copies of the disputed privilege log entries for *in camera* review. If a document contains redactions (and was not withheld in full), Avadel has highlighted its redactions in pink highlighting. To aid the Court in its review, Avadel has also included the relevant attachments to certain challenged documents, reflected by the rows highlighted in grey below. These documents provide greater context as to why the discussions in the challenged documents are privileged. Jazz did not challenge Avadel's privilege assertion for these documents in the grey rows. Jerad Seurer and Craig Siman are both Avadel in-house counsel, and both Troutman Sanders and Latham & Watkins represent Avadel. The below table reflects a complete list of the documents being provided to the Court.

| **Tab #** | **Bates and/or Log Number** | **Redacted or Withheld in Full** |
|---|---|---|
| **ProPharma Documents** | | |
| 1 | PRIV_AVDL_AT_00004385 | Withheld in full |
| 2 | PRIV_AVDL_AT_00004386 | Withheld in full |
| 3 | PRIV_AVDL_AT_00003987 | Withheld in full |
| 4 | PRIV_AVDL_AT_00014373 | Withheld in full |
| 5 | PRIV_AVDL_AT_00021869 | Withheld in full |
| 6 | PRIV_AVDL_AT_00014059 | Withheld in full |
| 7 | PRIV_AVDL_AT_00004470 | Withheld in full |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 8 | PRIV_AVDL_AT_00004316 | Withheld in full |
| 9 | PRIV_AVDL_AT_00020758 | Withheld in full |
| 10 | PRIV_AVDL_AT_00017357 | Withheld in full |
| 11 | PRIV_AVDL_AT_00004370 | Withheld in full |
| 12 | PRIV_AVDL_AT_00004150 | Withheld in full |
| 13 | PRIV_AVDL_AT_00002487 | Withheld in full |
| 13a | PRIV_AVDL_AT_00002490 | Withheld in full |
| 14 | PRIV_AVDL_AT_00021534 / AVDL_AT_00852833 | Redacted (redactions highlighted in pink) |
| 15 | PRIV_AVDL_AT_00004438 | Withheld in full |
| 16 | PRIV_AVDL_AT_00004439 | Withheld in full |
| 17 | PRIV_AVDL_AT_00004434 | Withheld in full |
| 18 | PRIV_AVDL_AT_00004441 | Withheld in full |
| 19 | PRIV_AVDL_AT_00004464 | Withheld in full |
| 20 | PRIV_AVDL_AT_00004433 | Withheld in full |
| 21 | PRIV_AVDL_AT_00004407 | Withheld in full |
| 22 | PRIV_AVDL_AT_00020818 / AVDL_AT_00849742 | Redacted (redactions highlighted in pink) |
| 23 | PRIV_AVDL_AT_00012245 / AVDL_AT_00815065 | Redacted (redactions highlighted in pink) |
| 24 | PRIV_AVDL_AT_00003486 | Withheld in full |
| 25 | PRIV_AVDL_AT_00003489 | Withheld in full |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 25a | PRIV_AVDL_AT_00003490 | Withheld in full |
| 25b | PRIV_AVDL_AT_00003492 | Withheld in full |
| 26 | PRIV_AVDL_AT_00003960 | Withheld in full |
| 26a | PRIV_AVDL_AT_00003961 | Withheld in full |
| 27 | PRIV_AVDL_AT_00004154 | Withheld in full |
| 28 | PRIV_AVDL_AT_00006615 / AVDL_AT_00800978 | Redacted (redactions highlighted in pink) |
| 29 | PRIV_AVDL_AT_00004169 | Withheld in full |
| 30 | PRIV_AVDL_AT_00004074 | Withheld in full |
| 31 | PRIV_AVDL_AT_00004069 | Withheld in full |
| 32 | PRIV_AVDL_AT_00004052 | Withheld in full |
| 33 | PRIV_AVDL_AT_00004354 | Withheld in full |
| 34 | PRIV_AVDL_AT_00012974 | Withheld in full |
| **Greenleaf Documents** | | |
| 35 | PRIV_AVDL_AT_00003477 | Withheld in full |
| 36 | PRIV_AVDL_AT_00001925 | Withheld in full |
| 37 | PRIV_AVDL_AT_00001927 | Withheld in full |
| 38 | PRIV_AVDL_AT_00001926 | Withheld in full |
| 39 | PRIV_AVDL_AT_00001919 | Withheld in full |
| 40 | PRIV_AVDL_AT_00000310 | Withheld in full |
| 41 | PRIV_AVDL_AT_00000311 | Withheld in full |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 42 | PRIV_AVDL_AT_00000275 | Withheld in full |
| 43 | PRIV_AVDL_AT_00003209 | Withheld in full |
| 43a | PRIV_AVDL_AT_00003205 | Withheld in full |
| 44 | PRIV_AVDL_AT_00002977 | Withheld in full |
| 45 | PRIV_AVDL_AT_00002979 | Withheld in full |
| 46 | PRIV_AVDL_AT_00003476 | Withheld in full |
| 47 | PRIV_AVDL_AT_00029826 | Withheld in full |
| 48 | PRIV_AVDL_AT_00028737 | Withheld in full |
| 49 | PRIV_AVDL_AT_00028499 / AVDL_AT_01016580 | Redacted (redactions highlighted in pink) |
| 50 | PRIV_AVDL_AT_00029827 / AVDL_AT_01027269 | Redacted (redactions highlighted in pink) |
| 51 | PRIV_AVDL_AT_00002426 | Withheld in full |
| 52 | PRIV_AVDL_AT_00002421 | Withheld in full |
| 53 | PRIV_AVDL_AT_00028332 / AVDL_AT_01015126 | Redacted (redactions highlighted in pink) |
| 54 | PRIV_AVDL_AT_00002433 | Withheld in full |
| 54a | PRIV_AVDL_AT_00002420 | Withheld in full |
| 55 | PRIV_AVDL_AT_00027809 / AVDL_AT_01004696 | Redacted (redactions highlighted in pink) |
| 56 | PRIV_AVDL_AT_00029579 / AVDL_AT_01021881 | Redacted (redactions highlighted in pink) |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 57 | PRIV_AVDL_AT_00001761 | Withheld in full |
| 58 | PRIV_AVDL_AT_00001923 | Withheld in full |
| 58a | PRIV_AVDL_AT_00001924 | Withheld in full |
| 59 | PRIV_AVDL_AT_00029051 | Withheld in full |
| 60 | PRIV_AVDL_AT_00024682 / AVDL_AT_01000204 | Redacted (redactions highlighted in pink) |
| 61 | PRIV_AVDL_AT_00026468 | Withheld in full |
| 62 | PRIV_AVDL_AT_00002348 | Withheld in full |
| 63 | PRIV_AVDL_AT_00002419 | Withheld in full |
| 63a | PRIV_AVDL_AT_00002432 | Withheld in full |
| 64 | PRIV_AVDL_AT_00024680 / AVDL_AT_01000195 | Redacted (redactions highlighted in pink) |
| 65 | PRIV_AVDL_AT_00027015 | Withheld in full |
| 66 | PRIV_AVDL_AT_00028695 / AVDL_AT_01025880 | Redacted (redactions highlighted in pink) |
| 67 | PRIV_AVDL_AT_00018682 | Withheld in full |
| 67a | PRIV_AVDL_AT_00018681 | Withheld in full |
| 68 | PRIV_AVDL_AT_00000338 / AVDL_AT_00776547 | Redacted (redactions highlighted in pink) |
| 69 | PRIV_AVDL_AT_00024683 / AVDL_AT_01000209 | Redacted (redactions highlighted in pink) |
| 70 | PRIV_AVDL_AT_00028113 / AVDL_AT_01013925 | Redacted (redactions highlighted in pink) |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| **Avadel Presentations** | | |
| 71 | PRIV_AVDL_AT_00018692 / AVDL_AT_00937783 | Redacted (redactions highlighted in pink)<br><br>Pages 02-07, 40-42<br><br>(Bates marking by Priv Log ID for ease of reference) |
| 72 | PRIV_AVDL_AT_00024277 / AVDL_AT_00948590 | Redacted (redactions highlighted in pink)<br><br>Pages 02-07, 39-41<br><br>(Bates marking by Priv Log ID for ease of reference) |
| 73 | PRIV_AVDL_AT_00011633 / AVDL_AT_00864047 | Redacted (redactions highlighted in pink)<br><br>Pages 05, 12, 18, 70-71<br><br>(Bates marking by Priv Log ID for ease of reference) |

Please let us know if the Court has any questions or needs anything further.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of record (via E-Mail)