

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

November 27, 2024

<u>**VIA CM/ECF**</u>
The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

**Re:**   *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC, C.A. No. 22-941 (GBW)*

Dear Judge Williams:

Pursuant to the Court's Order, (D.I. 207), Avadel submits copies of the disputed privilege log entries for *in camera* review. If a document contains redactions (and was not withheld in full), Avadel has highlighted its redactions in pink highlighting. To aid the Court in its review, Avadel has also included the relevant family members (cover emails and attachments) for certain challenged documents, reflected by the rows highlighted in grey below. These documents provide greater context as to why the discussions in the challenged documents are privileged. For the documents in the grey rows, Jazz did not challenge Avadel's privilege assertion or Avadel is willing to produce the challenged document. The below table reflects a complete list of the documents being provided to the Court.

| **Tab #** | **Bates and/or Log Number** | **Redacted or Withheld in Full** |
|---|---|---|
| **ProPharma Documents** | | |
| 1 | PRIV_AVDL_AT_00004385 | Withheld in full |
| 2 | PRIV_AVDL_AT_00004386 | Withheld in full |
| 3 | PRIV_AVDL_AT_00021869 | Withheld in full |
| 4 | PRIV_AVDL_AT_00004433 | Withheld in full |
| 5 | PRIV_AVDL_AT_00004407 | Withheld in full |
| 6 | PRIV_AVDL_AT_00003489 | Withheld in full |
| 6a | PRIV_AVDL_AT_00003490 | Withheld in full |
| 6b | PRIV_AVDL_AT_00003492 | Withheld in full |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 7 | PRIV_AVDL_AT_00003960 | Withheld in full |
| 7a | PRIV_AVDL_AT_00003961 | Withheld in full |
| 8 | PRIV_AVDL_AT_00004074 | Withheld in full |
| 9 | PRIV_AVDL_AT_00004354 | Withheld in full |
| **Greenleaf Documents** | | |
| 10 | PRIV_AVDL_AT_00003476 | Withheld in full |
| 11 | PRIV_AVDL_AT_00003477 | Withheld in full |
| 12a/13a | PRIV_AVDL_AT_00001925 | Withheld in full, willing to produce |
| 12b | PRIV_AVDL_AT_00001926 | Withheld in full |
| 13b | PRIV_AVDL_AT_00001927 | Withheld in full |
| 14 | PRIV_AVDL_AT_00001919 | Withheld in full |
| 15a | PRIV_AVDL_AT_00000310 | Withheld in full, willing to produce |
| 15b | PRIV_AVDL_AT_00000311 | Withheld in full |
| 16 | PRIV_AVDL_AT_00000275 | Withheld in full |
| 17 | PRIV_AVDL_AT_00003209 | Withheld in full |
| 17a | PRIV_AVDL_AT_00003205 | Withheld in full |
| 18 | PRIV_AVDL_AT_00028737 | Withheld in full |
| 19 | PRIV_AVDL_AT_00028499 / AVDL_AT_01016580 | Redacted (redactions highlighted in pink) |

| Tab # | Bates and/or Log Number | Redacted or Withheld in Full |
|---|---|---|
| 20 | PRIV_AVDL_AT_00029827 / AVDL_AT_01027269 | Redacted (redactions highlighted in pink) |
| 21 | PRIV_AVDL_AT_00027809 / AVDL_AT_01004696 | Redacted (redactions highlighted in pink) |
| 22 | PRIV_AVDL_AT_00029579 / AVDL_AT_01021881 | Redacted (redactions highlighted in pink) |
| **Avadel Presentations** | | |
| 23 | PRIV_AVDL_AT_00018692 / AVDL_AT_00937783 | Redacted (redactions highlighted in pink)<br><br>Pages 02-07, 40-42 |
| 24 | PRIV_AVDL_AT_00024277 / AVDL_AT_00948590 | Redacted (redactions highlighted in pink)<br><br>Pages 02-07, 39-41 |
| 25 | PRIV_AVDL_AT_00011633 / AVDL_AT_00864047 | Redacted (redactions highlighted in pink)<br><br>Pages 05, 12, 18, 70-71 |

Please let us know if the Court has any questions or needs anything further.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:    Counsel of record (via E-Mail)