**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) )<br>) **REDACTED PUBLIC VERSION**<br>) **FILED DECEMBER 4, 2024** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **C.A. No. 22-941-GBW** |
| AVADEL CNS PHARMACEUTICALS, LLC, | ) )<br>) ████████████████ |
| Defendant. | ) )<br>) ) ) |

**SUPPLEMENTAL DECLARATION OF JERAD G. SEURER IN SUPPORT OF**
**AVADEL CNS PHARMACEUTICALS, LLC'S ASSERTION OF PRIVILEGE**

I, Jerad G. Seurer, hereby declare and state as follows:

1. I currently hold the position of Senior Vice President, General Counsel & Corporate Secretary at Avadel CNS Pharmaceuticals, LLC ("Avadel"), and have held this position since 2021. Before this role, I held the positions of Vice President, Legal Affairs & Corporate Secretary at Avadel from 2019 to 2021, and Vice President, Deputy General Counsel at Avadel from 2017 to 2019. Through these roles, I have gained personal knowledge of the above-captioned and related lawsuits between Jazz Pharmaceuticals, Inc. ("Jazz") and Avadel.

2. I make this declaration in support of Avadel's assertion of privilege over documents produced in the above-captioned case.

3. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

1

4. ██████████████████████████████

█████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

5. ████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████



████████████████████████████████████████████████████████

████████████████████████████████████

8.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████

9.    ████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████



10.

11.



12.

13.

14.



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 26, 2024, in Chesterfield, Missouri.

_____

Jerad G. Seurer

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on November 27, 2024 on the following counsel in the manner indicated below.

### VIA EMAIL:

Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

William R. Sears
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Willsears@quinnemanuel.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Steig D. Olson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
steigolson@quinnemanuel.com

*Attorneys for Plaintiff Jazz Pharmaceuticals, Inc.*

Dated: November 27, 2024

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)