# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)  C.A. No. 22-00941-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER
### TO PRODUCE DOCUMENTS WITHOUT WAIVER OF PRIVILEGE

WHEREAS, Plaintiff and Counterclaim-Defendant Jazz Pharmaceuticals, Inc. ("Jazz") and Defendant and Counterclaim-Plaintiff Avadel CNS Pharmaceuticals LLC ("Avadel"), each a "Party" and together the "Parties," through their undersigned counsel, conferred regarding the production of certain documents identified in Appendix A of Avadel's November 27, 2024 Brief in Support of Privilege Claims and agreed that these documents may be produced by Avadel to Jazz without waiver of privilege; and,

WHEREAS, the proposed stipulation is in accordance with the Court's Oral Order on November 20, 2024;[1]

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following documents listed in the index below shall be produced without

---

[1] "Avadel's brief shall also identify any disputed materials that it is willing to immediately produce, for the purpose of reducing the number of issues before the Court, pursuant to a Court order. See Swirlate IP LLC v. Quantela, Inc., No. CV 22-235-CFC, 2024 WL 3967685, at *8 (D. Del. Aug. 28, 2024) ('It is axiomatic that the compelled disclosure of privileged material by a court does not constitute a waiver of the privilege.')."

redactions, unless otherwise stated, and such production shall not constitute a waiver of privilege.

FURTHERMORE, the parties hereby stipulate and agree that that this Stipulation and proposed Order does not resolve the dispute as to the remaining documents that are currently under in-camera review by the Court, and which Avadel has declined to produce. The privilege claims related to those documents remain pending before the Court.

**Index of Avadel's Documents To Be Produced on a Non-Waiver Basis**

| **Privilege Log Number** | **Bates Number** |
|---|---|
| **ProPharma Documents** | |
| PRIV_AVDL_AT_00003987 | N/A |
| PRIV_AVDL_AT_00014373 | N/A |
| PRIV_AVDL_AT_00014059 | N/A |
| PRIV_AVDL_AT_00004470 | N/A |
| PRIV_AVDL_AT_00004316 | N/A |
| PRIV_AVDL_AT_00020758 | N/A |
| PRIV_AVDL_AT_00017357 | N/A |
| PRIV_AVDL_AT_00004370 | N/A |
| PRIV_AVDL_AT_00004150 | N/A |
| PRIV_AVDL_AT_00002487 | N/A |
| PRIV_AVDL_AT_00021534 | AVDL_AT_00852833 |
| PRIV_AVDL_AT_00004438 | N/A |
| PRIV_AVDL_AT_00004439 | N/A |
| PRIV_AVDL_AT_00004434 | N/A |
| PRIV_AVDL_AT_00004441 | N/A |
| PRIV_AVDL_AT_00004464 | N/A |
| PRIV_AVDL_AT_00020818 | AVDL_AT_00849742 |
| PRIV_AVDL_AT_00012245 | AVDL_AT_00815065 |
| PRIV_AVDL_AT_00003486 | N/A |

| Privilege Log Number | Bates Number |
|---|---|
| PRIV_AVDL_AT_00004154 | N/A |
| PRIV_AVDL_AT_00006615 | AVDL_AT_00800978 |
| PRIV_AVDL_AT_00004169 | N/A |
| PRIV_AVDL_AT_00004069 | N/A |
| PRIV_AVDL_AT_00004052 | N/A |
| PRIV_AVDL_AT_00012974 | N/A |
| **Greenleaf Documents** | |
| PRIV_AVDL_AT_00001925 | N/A |
| PRIV_AVDL_AT_00000310 | N/A |
| PRIV_AVDL_AT_00002977 | N/A |
| PRIV_AVDL_AT_00002979 | N/A |
| PRIV_AVDL_AT_00029826 | N/A |
| PRIV_AVDL_AT_00028499 | AVDL_AT_01016580 (withdraw redactions in part) |
| PRIV_AVDL_AT_00029827 | AVDL_AT_01027269 (withdraw redactions in part) |
| PRIV_AVDL_AT_00002426 | N/A |
| PRIV_AVDL_AT_00002421 | N/A |
| PRIV_AVDL_AT_00028332 | AVDL_AT_01015126 |
| PRIV_AVDL_AT_00002433 | N/A |
| PRIV_AVDL_AT_00027809 | AVDL_AT_01004696 (withdraw redactions in part) |
| PRIV_AVDL_AT_00001761 | N/A |
| PRIV_AVDL_AT_00001923 | N/A |
| PRIV_AVDL_AT_00029051 | N/A |
| PRIV_AVDL_AT_00024682 | AVDL_AT_01000204 |
| PRIV_AVDL_AT_00026468 | N/A |
| PRIV_AVDL_AT_00002348 | N/A |
| PRIV_AVDL_AT_00002419 | N/A |
| PRIV_AVDL_AT_00024680 | AVDL_AT_01000195 |

| **Privilege Log Number** | **Bates Number** |
| --- | --- |
| PRIV_AVDL_AT_00027015 | N/A |
| PRIV_AVDL_AT_00028695 | AVDL_AT_01025880 |
| PRIV_AVDL_AT_00018682 | N/A |
| PRIV_AVDL_AT_00000338 | AVDL_AT_00776547 |
| PRIV_AVDL_AT_00024683 | AVDL_AT_01000209 |
| PRIV_AVDL_AT_00028113 | AVDL_AT_01013925 |

Dated: March 21, 2025

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendant*

**SO ORDERED** this ___ day of _____, 2025.

_____
United States District Court Judge