IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., ) | |
| ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v.    ) | C.A. No. 22-941 (GBW) |
| ) | |
| AVADEL CNS PHARMACEUTICALS LLC, ) | |
| ) | |
| Counterclaim-Plaintiff.   ) | |

## JAZZ PHARMACEUTICALS, INC.'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counterclaim-Defendant Jazz Pharmaceuticals, Inc. ("Jazz"), by and through their counsel of record, will conduct the depositions upon oral examination of the persons listed below. Each deposition will be recorded by video and stenographic means, and it will be taken before a notary public or other person authorized by law to administer oaths, for use as discovery, as evidence at trial, or for any other purposes as allowed by the Federal Rules of Civil Procedure and the Rules of the Court.

| Deponent | Date | Time | Location |
|---|---|---|---|
| Peter Waibel | March 4, 2025 | 9:00 AM ET | Morrison & Foerster LLP<br>250 W 55th St<br>New York, NY 10019 |
| Jonathan Orszag | March 11, 2025 | 8:30 AM PT | Latham & Watkins LLP<br>10250 Constellation Blvd<br>Los Angeles, CA 90067 |
| Thomas Stern | March 14, 2025 | 9:00 AM ET | Morrison & Foerster LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037 |
| William Schultz | March 18, 2025 | 9:00 AM ET | Morrison & Foerster LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037 |
| Keith Flanagan | March 18, 2025 | 9:00 AM ET | Latham & Watkins LLP<br>555 11th St NW Ste 1000<br>Washington, DC 20004 |

| Jeffery Gudin | March 19, 2025 | 9:00 AM CT | Latham & Watkins LLP<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611 |
|---|---|---|---|
| Ellis Unger | March 20, 2025 | 9:00 AM ET | Latham & Watkins LLP<br>555 11th St NW Ste 1000<br>Washington, DC 20004 |
| Michael Carrier | March 20, 2025 | 9:00 AM ET | McCarter & English, LLP<br>1600 Market St, Ste 3900<br>Philadelphia, PA 19103 |
| William Charman | March 25, 2025 | 9:00 AM ET | Latham & Watkins LLP<br>1271 Avenue Of The Americas<br>New York, NY 10020 |
| Fintan Walton | March 28, 2025 | 9:00 AM GMT | Latham & Watkins LLP<br>99 Bishopsgate<br>London, ENG, EC2M 3XF<br>United Kingdom |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

F. Dominic Cerrito
Steig D. Olson
Gabriel P. Brier
Frank C. Calvosa
Nicolas Siebert
Maxwell Hawley
Kevin Adams
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000

William R. Sears
Monika Hara
Lynette Lim
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

March 24, 2025

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant*
*Jazz Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco W. Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |

Alan J. Devlin, Esquire  *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. Kowalski, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire  *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

| | |
|---|---|
| Rose S. Lee, Esquire<br>Kira A. Davis, Esquire<br>W. Henry Huttinger, Esquire<br>Katherine E. McNutt, Esquire<br>Rebecca E. Weires, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| David F. McGowan, Esquire<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA  92130<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Andrew T. Jones, Esquire<br>Haydn Forrest, Esquire<br>Alexander Okuliar, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C.  20037<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Matthew C. Hans, Esquire<br>POLSINELLI PC<br>7676 Forsyth Boulevard, Suite 800<br>St. Louis, MO  63105<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)