IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 22-941 (GBW) |
| | ) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) |
| | ) |
| Counterclaim-Plaintiff. | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Scheduling Order entered in this case (D.I. 41) does not contain page limits for case dispositive and *Daubert* motions, or deadlines for answering and reply briefs beyond those provided by the Court's local rules;

WHEREAS, the parties have conferred regarding page limits and briefing deadlines for case dispositive and *Daubert* motions;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Each party is permitted to file as many case dispositive and *Daubert* motions as desired provided, however, that each side will be limited to a combined total of 50 pages for all opening briefs, 50 pages for all answering briefs, and 25 pages for all reply briefs[1] and

2. The deadlines for the parties' briefing on case dispositive and *Daubert* motions shall be as follows:

---

[1] For the avoidance of doubt, this stipulation does not modify the concise statement of facts requirement (D.I. 41 at ¶ 9(b)) or the ranking of summary judgment motions requirement (*Id.* at ¶ 9(c)).

| Event | Current Deadline | New Deadline |
|---|---|---|
| Case dispositive and *Daubert* motions | April 25, 2025 | April 25, 2025 (No change) |
| Oppositions to case dispositive and *Daubert* motions | - | May 23, 2025 |
| Replies in support of case dispositive and *Daubert* motions | - | June 13, 2025 |
| Pre-Trial Conference | October 30, 2025 | No change |
| Trial (5 days) | November 3, 2025 | No change |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant Jazz Pharmaceuticals, Inc.*

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Counterclaim-Plaintiff Avadel CNS Pharmaceuticals LLC*

April 1, 2025

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE