IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., ) | |
| ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | C.A. No. 22-941 (GBW) |
| ) | |
| AVADEL CNS PHARMACEUTICALS LLC, ) | |
| ) | |
| Counterclaim-Plaintiff. ) | |

**JAZZ'S MOTION FOR
SUMMARY JUDGMENT NO. 2: NO ANTITRUST LIABILITY**

Under Rule 56 of the Federal Rules of Civil Procedure, Counterclaim-Defendant Jazz Pharmaceuticals, Inc. respectfully moves for summary judgment. Jazz seeks judgment of no liability on Counts IV and V of Counterclaim-Plaintiff Avadel CNS Pharmaceuticals, LLC's counterclaims, D.I. 14 at ¶¶134–153, for failure to introduce any material dispute of fact as to: (1) its *Walker Process* FDA fraud theory; or (2) Jazz's regulatory compliance. The grounds for this motion are set forth in the Opening Brief in support filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| F. Dominic Cerrito | */s/ Jeremy A. Tigan* |
| Steig D. Olson | _____ |
| Gabriel P. Brier | Jeremy A. Tigan (#5239) |
| Frank C. Calvosa | Cameron P. Clark (#6647) |
| Nicolas Siebert | 1201 North Market Street |
| Maxwell Hawley | P.O. Box 1347 |
| Kevin Adams | Wilmington, DE 19899 |
| John P. Galanek | (302) 658-9200 |
| Habib-Emmanuel Abraham | jtigan@morrisnichols.com |
| Sami H. Rashid | cclark@morrisnichols.com |
| Elizabeth J. Murphy | |
| QUINN EMANUEL URQUHART | *Attorneys for Counterclaim-Defendant* |
| & SULLIVAN, LLP | *Jazz Pharmaceuticals, Inc.* |
| 295 5th Avenue | |
| New York, NY 10016 | |
| (212) 849-7000 | |

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

April 25, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) |
| | ) |
| Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 22-941 (GBW) |
| | ) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) |
| | ) |
| Counterclaim-Plaintiff. | ) |

**[PROPOSED] ORDER GRANTING JAZZ'S MOTION FOR**
**SUMMARY JUDGMENT NO. 2: NO ANTITRUST LIABILITY**

WHEREAS, the Court having considered Jazz's Motion for Summary Judgment No. 2: No Antitrust Liability, along with all related briefing and arguments;

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Counterclaim-Defendant's request is hereby GRANTED.

_____
The Honorable Gregory B. Williams
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco W. Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| David F. Kowalski, Esquire<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |

Alan J. Devlin, Esquire  *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire  *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire  *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire                                      *VIA ELECTRONIC MAIL*
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Matthew C. Hans, Esquire                                      *VIA ELECTRONIC MAIL*
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


                                                         */s/ Jeremy A. Tigan*

                                                         Jeremy A. Tigan (#5239)