IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-941 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | **PUBLIC VERSION** |
| | ) | |
| Counterclaim-Plaintiff. | ) | |

**CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF COUNTERCLAIM-DEFENDANT'S MOTION NO. 1 FOR SUMMARY JUDGMENT**

OF COUNSEL:

F. Dominic Cerrito
Steig D. Olson
Gabriel P. Brier
Frank C. Calvosa
Nicolas Siebert
Maxwell Hawley
Kevin Adams
John P. Galanek
Habib-Emmanuel Abraham
Sami H. Rashid
Elizabeth J. Murphy
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant
Jazz Pharmaceuticals, Inc.*

Confidential Version Filed: April 25, 2025
Public Version Filed: May 9, 2025

## I. JAZZ AND ITS INVESTMENTS IN TREATING NARCOLEPSY PATIENTS

1. In April 2005, Jazz acquired Orphan Medical and Xyrem. A3274.

2. On July 17, 2002, the FDA approved Xyrem for cataplexy in narcolepsy and recognized Orphan Drug Exclusivity ("ODE") until July 17, 2009. A4176. On November 18, 2005, the FDA approved Xyrem for excessive daytime sleepiness ("EDS") in narcolepsy and recognized ODE until November 18, 2012. A4176. On October 26, 2018, the FDA approved Xyrem for cataplexy or EDS in pediatric patients and recognized ODE until October 26, 2025. *See* A3287-301.

3. Xyrem can only be used pursuant to a Risk Evaluation and Mitigation Strategy ("REMS") to protect the public from risks of misuse, abuse, and diversion. *See* A413 ¶47; A430-31 ¶67.

4. Xyrem's REMS is effective and is a template for other oxybate drugs. A3575-88. It is patented, including in U.S. Patent No. 8,731,963 (the "'963 patent"), D.I. 22 at 7, which issued on May 20, 2014. *See* A3342-67. Jazz listed the '963 patent in the Orange Book on May 30, 2014. A4350-52.

5. Xyrem's highest dose contains 1600 mg sodium (nearly 2/3 the recommended daily limit) equivalent to four large orders of McDonald's fries. A2921; A4056. On January 21, 2020, Jazz submitted its New Drug Application ("NDA") for Xywav, A9 ¶62, which has 92% less sodium than Xyrem and Lumryz. A2891. On July 21, 2020, the FDA approved Xywav. *See* A4178.

6. ██████████████████████████████████████████████████████████████████████████. On June 24, 2021, 17 months after Xywav's NDA and 11 months after the PDUFA "goal date," the Office of Orphan Products Development ("OOPD"), which reviews ODE requests, concluded Xywav's lower sodium "will be clinically meaningful in reducing cardiovascular morbidity in a substantial proportion of patients," A725, and "found Xywav to be clinically superior to Xyrem," and recognized its ODE until July 21, 2027. A4178.

7. The FDA assigns a default 10-month goal date to non-priority-review NDAs. A3873. The FDA tries to review 90% of NDAs by the goal date, A3801-71, but says "the timeline does not force the FDA to decide on a product application before the agency's work is complete" and applicants should "not count on meeting the timeline 100% of the time," A4218.

8. In 2012, Jazz researched potential drug-drug interactions ("DDI") between sodium oxybate and divalproex sodium. A3601-779. Both are central nervous system depressants, and patients taking them concomitantly risk serious adverse events, including death. *See* A3565-69. Jazz developed safe methods of reducing the Xyrem dose during concomitant use, which earned six patents and are required in Xyrem's and Xywav's labels, A3406-40. A3441-71.

## II. AVADEL'S FDA HISTORY

9. On March 29, 2016, Avadel submitted an Investigational New Drug Application for FT-218, later branded as Lumryz, in narcolepsy. A2571. On April 20, 2016, Avadel requested orphan drug designation ("ODD") for Lumryz. A4179. The FDA denied Avadel's request, finding no "plausible hypothesis" that Lumryz was clinically superior to the only oxybate marketed at the time, Xyrem. A2229; A3280-85. On October 13, 2017, Avadel submitted a reconsideration request for ODD. A4179. The FDA did not grant Avadel's ODD request until January 8, 2018. A4180.

10. On June 11, 2020, Avadel applied for expanded access, which allows patients with serious or immediately life-threatening diseases or conditions to use investigational drugs. A4272. The FDA rejected that request, finding that Xyrem "is a generally comparable and satisfactory alternative therapy to FT218." A4272. ██████████████████████████████

11. On December 15, 2020, Avadel filed its 505(b)(2) NDA for Lumryz. A4180. It also asked the FDA to grant it priority (expedited) review, which the FDA denied. A4241. On February 26,

2

2021, the FDA accepted Avadel's NDA, and assigned it a goal date of October 15, 2021. A2642; A2658.

12.     After the FDA recognized ODE for Xywav, to gain approval, Lumryz needed to be found clinically superior to Xywav. A4234-44. ▮

▮

13.     On July 6, 2021, OOPD submitted a consult request to Division of Neurology 1 ("DN1"), the division responsible for reviewing applications for the treatment of neurodegenerative disorders, including narcolepsy. A4234; A3277. OOPD stated the "most persuasive" of Avadel's arguments for clinical superiority was that Lumryz offered greater safety than Xywav based on a reduced risk of nighttime falls. A4238. On July 14, 2021, Avadel submitted supplemental information to OOPD to demonstrate Lumryz's alleged clinical superiority. A2413-23.

14.     OOPD's Standard Operating Procedures and Policies ("SOPP") for ODE designates ODE issues involving clinical superiority as "complex," and states that they trigger a series of "complex exclusivity determination activities" involving several different personnel, including regulatory counsel and the Office of Chief Counsel. A4208-10 and A4211. The SOPP states: "In complex cases, such as those involving clinical superiority, the exclusivity review may take more time to allow appropriate coordination with the Review Division(s) within the Centers." A4208.

15.     The FDA states that Major Contribution to Patient Care ("MCTPC") determinations, which are a subset of clinical superiority, "can be complex and encompass consideration of a number of factors that potentially implicate safety and effectiveness." A4172.

16.     On July 21, 2021, Avadel wrote to OOPD and the FDA's Office of Chief Counsel ("OCC") and argued that Lumryz should be eligible for approval despite Xywav's ODE. A2657-61.

17. On August 30, 2021, DN1 responded to OOPD's consult request. A4233-44. DN1 found that "[t]he available data do not indicate that Lumryz™ provides greater safety… than Xyrem® or Xywav™, despite [Avadel's] arguments," "[t]here is no evidence suggesting that the efficacy of Lumryz™ is substantially different from that of Xyrem® or Xywav™" and "the once-nightly regimen of Lumryz™ … cannot be considered a [MCTPC]." A4241-42.

18. In a September 23, 2021 information request, the FDA expressed concern about a potential DDI between Lumryz and divalproex sodium. A2666; A4260-61. On September 28, 2021, Avadel proposed a revision to Lumryz's prescribing information to address these concerns. A2679-709.

19. Lumryz needed a final, approved label for FDA approval. *See* A1824 at 76:11-22.

20. On October 13, 2021, the FDA notified Avadel that it would not render a decision on Lumryz's NDA by the October 15, 2021 goal date. A2225. On October 18, 2021, Avadel met by teleconference with the FDA. A1841-42 at 169:7-170:1. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. On October 25, 2021, Avadel sent a letter to the FDA's Office of Chief Counsel, arguing for approval. A2663-773.

21. On December 14, 2021, Avadel CEO Greg Divis told one of Avadel's investors that "[FDA] haven't stopped doing their work so they are active and engaged." A4154. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

22. On January 10, 2022, OOPD told Avadel its "review for the determination for orphan-drug exclusivity continues." A4443. On January 13, 2022, the FDA said it was "attend[ing] to internal

4

issues that must be addressed prior to taking action on [Avadel's] application." A4224-25. On January 21, 2022, the FDA stated the "application remains under review and the Agency is actively considering the regulatory issues related to the potential approvability of the application." A4223.

23. ███████████████████████████████████████████████████████████████████████.

24. ███████████████████████████████████████████████████████████████████████

25. ███████████████████████████████████████████████████████████████████████



26. On May 24, 2022, the FDA told Avadel to certify against the '963 patent. A2237-81.

27. On May 25, 2022, the FDA accepted Avadel's label. A2284. The FDA stated, "[t]he draft labeling reflects the Agency's determination of scientifically appropriate labeling and would permit 505(b)(2)(B) statements regarding DDI patents consistent with that labeling." A2284.

28. Between the August 2021 DN1 Consult and Lumryz's May 2023 approval, DN1 did at least one more consult and OOPD requested a consult with the Center for Devices and Radiological Health's "Sleep Team," a group of board-certified sleep specialists. A4165 and A4190-92.

29. On July 8, 2022, DN1 noted in a second memo that, since its August 2021 consult, the OOPD had "identified additional information for DN1's further consideration" and so "the orphan-

5

drug exclusivity issues associated with this application remain under review." A4285-87.

30. The FDA granted Lumryz tentative approval on July 18, 2022. The tentative approval letter stated that the FDA "d[id] not address whether any orphan drug exclusivity (ODE) recognized for Xyrem […] or for Xywav […] affects the approvability of Avadel's application." A3912.

31. On August 30, 2022, Avadel sent the FDA new research on the "inappropriate schedule of dosing administration" of Xyrem and Xywav. A2776-80. In November 2022 and January 2023, Avadel facilitated letters from a patient advocacy group and a clinician to OOPD. A2848.

32. On April 29, 2023, in response to OOPD's consult request, the Sleep Team concluded that "Lumryz provides a MCTPC over Xyrem and Xywav due to its once nighty dosing." A2646-54. That determination cited sources that were published in 2022, after the goal date. A2646-54.

33. On May 1, 2023, the FDA found Lumryz clinically superior to Xywav based on a MCTPC and granted it approval. A4452. DN1 reconsidered its prior view that Lumryz did not constitute a MCTPC because of "scientific, legal, and regulatory considerations raised by OOPD and the expert opinion of the FDA's sleep team" that were not considered in its August 2021 consult. A4452. The FDA did not find Lumryz was safer or more effective than Jazz's oxybate products. A2615.

34. Avadel sought an additional six-month pediatric exclusivity period for Lumryz. A745-46 ¶166. The FDA's goal date for Avadel's pediatric exclusivity determination was September 2024; the FDA missed the goal date and resolved exclusivity on October 16, 2024. A2301; A3369.

### III.   THE '782 PATENT

35. Jazz invented claim 24 of U.S. Patent No. 11,147,782 (the "'782 patent"). A3875-93.

36. PJ Honerkamp, Jazz's Senior Vice President responsible for the Sleep Business, testified that Jazz was not interested in licensing the '782 patent. A3540-41 at 106:3-107:3.

37. Jazz and Avadel never discussed licensing the '782 patent. A3547 at 547:11-19; A3555.

|  |  |
|---|---|
| OF COUNSEL:<br><br>F. Dominic Cerrito<br>Steig D. Olson<br>Gabriel P. Brier<br>Frank C. Calvosa<br>Nicolas Siebert<br>Maxwell Hawley<br>Kevin Adams<br>John P. Galanek<br>Habib-Emmanuel Abraham<br>Sami H. Rashid<br>Elizabeth J. Murphy<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>(212) 849-7000<br><br>William R. Sears<br>Lynette Lim<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br><br>April 25, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Counterclaim-Defendant*<br>*Jazz Pharmaceuticals, Inc.* |

7

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco W. Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| David F. Kowalski, Esquire<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |

Alan J. Devlin, Esquire                                           *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire                                       *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire                                         *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire                                              *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire                                         *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire      *VIA ELECTRONIC MAIL*
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Matthew C. Hans, Esquire     *VIA ELECTRONIC MAIL*
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO 63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

3