IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAZZ PHARMACEUTICALS, INC.,     )
     )
     Counterclaim-Defendant, )
     )
     v.     )     C.A. No. 22-941 (GBW)
     )
AVADEL CNS PHARMACEUTICALS LLC, )     **PUBLIC VERSION**
     )
     Counterclaim-Plaintiff. )

**CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF COUNTERCLAIM-
DEFENDANT'S MOTION NO. 2 FOR SUMMARY JUDGMENT**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jeremy A. Tigan (#5239)
OF COUNSEL:                              Cameron P. Clark (#6647)
                                         1201 North Market Street
F. Dominic Cerrito                       P.O. Box 1347
Steig D. Olson                           Wilmington, DE  19899
Gabriel P. Brier                         (302) 658-9200
Frank C. Calvosa                         jtigan@morrisnichols.com
Nicolas Siebert                          cclark@morrisnichols.com
Maxwell Hawley
Kevin Adams                              *Attorneys for Counterclaim-Defendant*
John P. Galanek                          *Jazz Pharmaceuticals, Inc.*
Habib-Emmanuel Abraham
Sami H. Rashid
Elizabeth J. Murphy
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
295 5th Avenue
New York, NY  10016
(212) 849-7000

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

**Confidential Version Filed: April 25, 2025**
**Public Version Filed: May 9, 2025**

## I.    THE '963 PATENT LISTING

1.    Avadel's purported expert, Prof. Michael Carrier, testified that the Canaccord Genuity 34th Annual Growth Conference presentation (A4409-41) and Corporate Overview presentation (A4354-407) were external-facing documents. A1918-19 at 136:10-138:12. Prof. Carrier also testified that the earning transcript (A4110-31) was external-facing. A1919 at 138:13-17.

2.    Jazz's Rule 30(b)(6) witness P.J. Honerkamp testified that Jazz's investor relations team used "distribution system" in these public-facing materials as shorthand. A2091 at 206:3-207:25.

3.    Jazz's December 4, 2012 press release titled "Jazz Pharmaceuticals Announces Issuance of Additional Xyrem® Patent" stated that "[i]n addition to the newly issued patent, ten other U.S. patents have previously been issued related to Xyrem's stable and microbial resistant formulation, its manufacturing process, and its method of use, including its restrictive distribution system." A4060. Prof. Carrier testified that in this document ████████████████████████████████ ████████████████████████████████████████████." A1921 at 148:5-25.

4.    In its February 27, 2015 approval of Jazz's REMS, the FDA stated that "[i]n its 2013 SEC filings, Jazz noted that it expected FDA modifications to the Xyrem REMS and stated that, 'depending on the extent to which certain provisions of our Xyrem deemed REMS which are currently protected by our method of use patents covering the distribution of Xyrem are changed as part of updating our REMS documents, the ability of our existing patents to protect our Xyrem distribution system from generic competitors may be reduced.'" A2898; A0823 at ¶41, n.44.

5.    Jazz has consistently maintained that the '963 patent claims were directed to methods of using Xyrem. A2048 at 34:23-35:9; *id.* at 37:6-12; A2120 at 323:14-24; A4290.

6.      ████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████.&rdquo; A4445.

7.      Prof. Carrier testified that based on the Court's finding that as of the time it filed suit, Jazz's construction of the '963 patent as claiming a method as opposed to a system was not objectively baseless, a reasonable litigant could have expected success on the merits of that dispute. A1923 at 155:21-157:10.

8.      Avadel's purported expert Mr. Peter Waibel testified that he is █████████████████

███████████████████████████████████████████ A1964-65 at 69:18-72:20; *see also* A1954 at 26:16-27:6; A1955-56 at 32:16-35:10; A1964-65 at 69:18-72:20; A2004 at 228:3-229:7.

9.      Jazz's expert Mr. Jonathan Singer testified that Jazz's claim construction position—that the claims of the '963 patent are directed to methods—was reasonable. A1691 at 47:22-49:15.

10.    In IPR2015-01903, while challenging the validity of the '963 patent, Amneal Pharmaceuticals LLC and Par Pharmaceutical, Inc. (both of which were sued by Jazz for infringing the '963 patent) referred to the claims of the '963 patent as "methods." A4498.

11.    In IPR2015-01903, Amneal Pharmaceuticals LLC and Par Pharmaceutical, Inc. submitted a declaration from a person of skill in the art, Dr. Robert Valuck, regarding the validity of the '963 patent. Dr. Valuck opined that the claims of the '963 patent claim "a computer-implemented system (i.e., a computerized method) for distributing a prescription drug under exclusive control of an exclusive central pharmacy through the use of a single computer database." A4578 at ¶33.

12. In *Jazz Pharms., Inc. v. Roxane Lab'ys, Inc.*, No. 16-4971 (D.N.J.), in support of its motion to dismiss Jazz's complaint alleging infringement of the '963 patent, Roxane stated that the claims of the '963 patent "recite a series of steps." A4463 at 1.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|

OF COUNSEL:

*/s/ Jeremy A. Tigan*

F. Dominic Cerrito
Steig D. Olson
Gabriel P. Brier
Frank C. Calvosa
Nicolas Siebert
Maxwell Hawley
Kevin Adams
John P. Galanek
Habib-Emmanuel Abraham
Sami H. Rashid
Elizabeth J. Murphy
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

April 25, 2025

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant*
*Jazz Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2025, upon the following in the manner indicated:

Daniel M. Silver, Esquire                                        *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


Kenneth G. Schuler, Esquire                                 *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
Sarah W. Wang, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


Herman H. Yue, Esquire                                       *VIA ELECTRONIC MAIL*
Franco W. Benyamin, Esquire
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


David F. Kowalski, Esquire                                   *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alan J. Devlin, Esquire                                    *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire                              *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire                               *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire                                   *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire                           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire                                          *VIA ELECTRONIC MAIL*
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


Matthew C. Hans, Esquire                                          *VIA ELECTRONIC MAIL*
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


                                        */s/ Jeremy A. Tigan*
                                        _____
                                        Jeremy A. Tigan (#5239)