IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | C.A. No. 22-941 (GBW) |
| Counterclaim-Defendant, | ) | |
| | ) | **PUBLIC VERSION** |
| v. | ) | |
| | ) | **Confidential Version Filed: May 23, 2025** |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | **Public Version Filed: June 6, 2025** |
| | ) | |
| Counterclaim-Plaintiff. | ) | |

**DECLARATION OF WILLIAM R. SEARS IN SUPPORT
OF JAZZ'S OPPOSITION TO AVADEL'S
SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

I, William R. Sears, submit this declaration on behalf of Jazz Pharmaceuticals, Inc. and hereby state as follows:

1.      I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Jazz in the above-captioned action.

2.      I respectfully submit this declaration in opposition to Avadel's Summary Judgment and *Daubert* Motions.

3.      Attached hereto as **Exhibit 118** is a true and correct copy of the Expert Rebuttal Report of Peter A. Lankau, dated January 28, 2025.

4.      Attached hereto as **Exhibit 119** is a true and correct copy of the Deposition Transcript of Anupam Jena, dated March 6, 2025.

5.      Attached hereto as **Exhibit 120** is a true and correct copy of the Deposition Transcript of Daniel E. Troy, dated March 20, 2025.

6.      Attached hereto as **Exhibit 121** is a true and correct copy of the Deposition Transcript of Iain Cockburn, dated March 7, 2025.

7.      Attached hereto as **Exhibit 122** is a true and correct copy of the Deposition Transcript of Jason Vaughn, dated August 7, 2024.

8.      Attached hereto as **Exhibit 123** is a true and correct copy of the Deposition Transcript of Joel Selcher, dated August 23, 2024.

9.      Attached hereto as **Exhibit 124** is a true and correct copy of the Deposition Transcript of Richard Kim, dated September 27, 2024.

10.      Attached hereto as **Exhibit 125** is a true and correct copy of the Deposition Transcript of Bruce Cozadd, dated September 17, 2024.

11.      Attached hereto as **Exhibit 126** is a true and correct copy of the Deposition Transcript of Jana Gold, dated October 8, 2024.

12.      Attached hereto as **Exhibit 127** is a true and correct copy of the Deposition Transcript of Phillip McGarrigle, dated August 15, 2024.

13.      Attached hereto as **Exhibit 128** is a true and correct copy of the Deposition Transcript of Thomas McHugh, dated September 11, 2024.

14.      Attached hereto as **Exhibit 129** is a true and correct copy of a spreadsheet with cover page bates-stamped JP-COMP-000876636, dated August 9, 2024.

15.      Attached hereto as **Exhibit 130** is a true and correct copy of a document bates-stamped AVDL_AT_00433552, titled "CAPA-00156," dated December 10, 2021.

16.      Attached hereto as **Exhibit 131** is a true and correct copy of a document, titled "Notice of Allowance and Fee(s) Due" for Patent Application 13/872,997, dated December 19, 2013.

17.      Attached hereto as **Exhibit 132** is a true and correct copy of a document, titled "Fee(s) Transmittal" for Patent Application 13/872,997, dated May 30, 2014.

18.     Attached hereto as **Exhibit 133** is a true and correct copy of "Patents and the Global Diffusion of New Drugs" by Iain Cockburn et al., dated September 2014.

19.     Attached hereto as **Exhibit 134** is a true and correct copy of "An Economic Assessment of Patent Settlements in the Pharmaceutical Industry" by Bret Dickey, Jonathan Orszag, and Laura Tyson, dated 2010.

20.     Attached hereto as **Exhibit 135** is a true and correct copy of excerpts from "Antitrust Law: An Analysis of Antitrust Principles and Their Application" by Phillip Areeda and Herbert Hovenkamp.

21.     Attached hereto as **Exhibit 136** is a true and correct copy of Selcher Deposition Exhibit 42 (a letter that has been bates-stamped JP-COMP-000000001, with the subject line "Xyrem (sodium oxybate) oral solution, 500 mg/mL Listing of U.S. Patent No. 8,731,963," dated May 30, 2014).

22.     Attached hereto as **Exhibit 137** is a true and correct copy of excerpts of "Approved Drug Products with Therapeutic Equivalence Evaluations 35th Edition" by the Food and Drug Administration.

23.     Attached hereto as **Exhibit 138** is a true and correct copy of "Nuvigil Approval Letter," dated June 15, 2007, available at https://www.accessdata.fdadrugsatfda_docs/appletter/2007/021875s000ltr.pdf.

24.     Attached hereto as **Exhibit 139** is a true and correct copy of "Sunosi Approval Letter," dated March 20, 2019, available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/211230Orig1s000,%20Orig2s000ltr.pdf.

25.     Attached hereto as **Exhibit 140** is a true and correct copy of "Wakix Approval Letter," dated August 14, 2009, available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2019/211150Orig1s000ltr.pdf.

26.     Attached hereto as **Exhibit 141** is a true and correct copy of "Wakix Label," dated October 10, 2020, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/211150_Orig2s000lbl.pdf.

27.     Attached hereto as **Exhibit 142** is a true and correct copy of "Xywav Approval Letter," dated July 21, 2020, available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/212690Orig1s000ltr.pdf.

28.     Attached hereto as **Exhibit 143** is a true and correct copy of "Teva Announces Launch of Authorized Generic of Provigil®," dated March 20, 2012, available at https://ir.tevapharm.com/news-and-events/press-releases/press-release-details/2012/Teva-Announces-Launch-of-Authorized-Generic-of-Provigil/.

29.     Attached hereto as **Exhibit 144** is a true and correct copy of "Mylan Launches Generic of Nuvigil Tablets," dated June 6, 2016, available at https://sleepreviewmag.com/sleep-disorders/breathing-disorders/obstructive-sleep-apnea/mylan-launches-generic-nuvigil-tablets/.

30.     Attached hereto as **Exhibit 145** is a true and correct copy of "Impax Laboratories Commences Shipment of Generic Adderall XR(R) Capsules, 5mg, 10mg, 15mg, 20mg, 25mg, and 30mg," dated October 1, 2009, available at https://investors.amneal.com/news/press-releases/press-release-details/2009/Impax-Laboratories-Commences-Shipment-of-Generic-Adderall-XRR-Capsules-5mg-10mg-15mg-20mg-25mg-and-30mg/default.aspx.

31.     Attached hereto as **Exhibit 146** is a true and correct copy of "Hikma launches authorized generic of Xyrem® (sodium oxybate) in the US," dated January 3, 2023, available at

4

https://www.hikma.com/news/hikma-launches-authorized-generic-of-xyrem-sodium-oxybate-in-the-us/.

32.     Attached hereto as **Exhibit 147** is a true and correct copy of excerpts of the "Jazz 10-K for fiscal year ending 2019," available at https://investor.jazzpharma.com/static-files/1483cffe-6803-4bde-9e1a-d6c8b4f557c9.

33.     Attached hereto as **Exhibit 148** is a true and correct copy of excerpts of the "Form S-1, Jazz Pharmaceuticals, Inc.," dated March 8, 2007, available at https://investor.jazzpharma.com/static-files/24dca15a-9595-4572-b84e-5af1a80cc0c9.

34.     Attached hereto as **Exhibit 149** is a true and correct copy of Kim Deposition Exhibit 1122 (an email that has been bates-stamped AVDL_AT_00599619, with subject line "Supply Chain Tough Qs_9 27," dated September 28, 2021).

35.     Attached hereto as **Exhibit 150** is a true and correct copy of Macke Deposition Exhibit 1080 (an email that has been bates-stamped AVDL_AT_00685331, with subject line "FW: Recipharm Discussion - Supply and ANSM/API," dated November 28, 2022).

36.     Attached hereto as **Exhibit 151** is a true and correct copy of Macke Deposition Exhibit 1083 (an email that has been bates-stamped AVDL_AT_00637995, with subject line "[EXTERNAL EMAIL] FW: 2021 Sodium oxybate shipping proposal.pptx," dated December 15, 2021).

37.     Attached hereto as **Exhibit 152** is a true and correct copy of Macke Deposition Exhibit 1084 (an email that has been bates-stamped AVDL_AT_00680622, with subject line "RE: [EXTERNAL EMAIL] FW: 2021 Sodium oxybate shipping proposal.pptx," dated December 15, 2021).

38.     Attached hereto as **Exhibit 153** is a true and correct copy of Macke Deposition Exhibit 1085 (an email that has been bates-stamped AVDL_AT_00678043, with subject line "Fwd: [EXTERNAL EMAIL] SO presentation – for tomorrow," dated January 6, 2022).

39.     Attached hereto as **Exhibit 154** is a true and correct copy of Macke Deposition Exhibit 1086A (a document that has been bates-stamped AVDL_AT_01029972).

40.     Attached hereto as **Exhibit 155** is a true and correct copy of Macke Deposition Exhibit 1087 (an email that has been bates-stamped AVDL_AT_00681986, with subject line "RE: [EXTERNAL EMAIL] Re: Avadel – Quota," dated December 22, 2021).

41.     Attached hereto as **Exhibit 156** is a true and correct copy of Vaughn Deposition Exhibit 1029 (an email that has been bates-stamped AVDL_AT_00427504, with subject line "RE: [EXTERNAL EMAIL] RE: Investigation," dated November 19, 2021).

42.     Attached hereto as **Exhibit 157** is a true and correct copy of Vaughn Deposition Exhibit 1031 (a document that has been bates-stamped AVDL_AT_00603420, dated September 28, 2021).

43.     Attached hereto as **Exhibit 158** is a true and correct copy of Vaughn Deposition Exhibit 1032 (an email that has been bates-stamped AVDL_AT_00665575, with subject line "RE: BOD Slide Draft," dated November 23, 2021).

44.     Attached hereto as **Exhibit 159** is a true and correct copy of "Lumryz Label," dated May 1, 2023, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/214755Orig1s000lbl.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

6

Executed on May 23, 2025.

/s/ *William R. Sears*
William R. Sears

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 23, 2025, upon the following in the manner indicated:

Daniel M. Silver, Esquire                                   *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Kenneth G. Schuler, Esquire                                 *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
Sarah W. Wang, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Herman H. Yue, Esquire                                      *VIA ELECTRONIC MAIL*
Franco W. Benyamin, Esquire
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. Kowalski, Esquire                                  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alan J. Devlin, Esquire                                             *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire                                         *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire                                           *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire                                                *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire                                           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire                              *VIA ELECTRONIC MAIL*
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Matthew C. Hans, Esquire                              *VIA ELECTRONIC MAIL*
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


                                        */s/ Jeremy A. Tigan*
                                        _____
                                        Jeremy A. Tigan (#5239)