IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAZZ PHARMACEUTICALS, INC.,        )
           )
     Counterclaim-Defendant,)
           )
     v.        )    C.A. No. 22-941 (GBW)
           )
AVADEL CNS PHARMACEUTICALS LLC,  )    **PUBLIC VERSION**
           )
     Counterclaim-Plaintiff.  )

**APPENDIX OF EXHIBITS IN SUPPORT OF JAZZ'S OPPOSITION TO AVADEL'S
MOTIONS FOR SUMMARY JUDGMENT AND OMNIBUS DAUBERT MOTION**

**VOLUME 1 OF 2**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

F. Dominic Cerrito
Steig D. Olson
Gabriel P. Brier
Frank C. Calvosa
Nicolas Siebert
Maxwell Hawley
Kevin Adams
John P. Galanek
Habib-Emmanuel Abraham
Sami H. Rashid
Elizabeth J. Murphy
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue
New York, NY  10016
(212) 849-7000

William R. Sears
Monika Hara
Lynette Lim
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant
Jazz Pharmaceuticals, Inc.*

Confidential Version Filed: May 23, 2025
Public Version Filed: June 6, 2025

| Table of Exhibits | | |
|---|---|---|
| No. | Description | Appx Pages |
| 118 | Expert Rebuttal Report of Peter A. Lankau (January 28, 2025) | A-4733 - A-4781 |
| 119 | Deposition of Anupam Jena (March 6, 2025) | A-4782 - A-4866 |
| 120 | Deposition of Daniel E. Troy (March 20, 2025) | A-4867 - A-4964 |
| 121 | Deposition of Iain Cockburn, Ph.D. (March 7, 2025) | A-4965 - A-5006 |
| 122 | Deposition of Jason Vaughn (August 7, 2024) | A-5007 - A-5046 |
| 123 | Deposition of Joel Selcher (August 23, 2024) | A-5047 - A-5099 |
| 124 | Deposition of Richard Kim (September 27, 2024) | A-5100 - A-5192 |
| 125 | Deposition of Bruce Cozadd (September 17, 2024) | A-5193 - A-5278 |
| 126 | Deposition of Jana Gold (October 8, 2024) | A-5279 - A-5323 |
| 127 | Deposition of Phillip McGarrigle (August 15, 2024) | A-5324 - A-5402 |
| 128 | Deposition of Thomas McHugh (September 11, 2024) | A-5403 - A-5443 |
| 129 | JP-COMP-000876636 | A-5444 - A-5448 |
| 130 | AVDL_AT_00433552 | A-5449 - A-5452 |
| 131 | Notice of Allowance and Fee(s) Due for Patent Application 13/872,997 | A-5453 - A-5462 |
| 132 | Fee(s) Transmittal for Patent Application 13/872,997 | A-5463 - A-5464 |
| 133 | Cockburn, Iain M. et al, Patents and the Global Diffusion of New Drugs (2014) | A-5465 - A-5513 |
| 134 | Dickey, Bret et al, An Economic Assessment of Patent Settlements in the Pharmaceutical Industry (2010) | A-5514 - A-5549 |
| 135 | Excerpts from "Antitrust Law: An Analysis of Antitrust Principles and Their Application - Areeda and Hovenkamp" | A-5550 - A-5573 |
| 136 | Selcher Depo. Ex. 42 (JP-COMP-000000001) | A-5574 - A-5577 |
| 137 | Excerpts from Orange Book 2015 | A-5578 - A-5586 |
| 138 | Drugs@FDA, "Nuvigil Approval Letter," June 15, 2007 | A-5587 - A-5593 |
| 139 | Drugs@FDA, "Sunosi Approval Letter," March 20, 2019 | A-5594 - A-5603 |

| **Table of Exhibits** | | |
|---|---|---|
| **No.** | **Description** | **Appx Pages** |
| 140 | [Drugs@FDA, "Wakix Approval Letter," August 14, 2019 | A-5604 - A-5611 |
| 141 | Drugs@FDA, "Wakix Label," October 10, 2020 | A-5612 - A-5631 |
| 142 | Drugs@FDA, "Xywav Approval Letter," July 21, 2020 | A-5632 - A-5647 |
| 143 | "Teva Announces Launch of Authorized Generic of Provigil®," Teva, March 30, 2012 | A-5648 - A-5650 |
| 144 | "Mylan Launches Generic of Nuvigil Tablets," Sleep Review, June 6, 2016 | A-5651 - A-5652 |
| 145 | "Impax Laboratories Commences Shipment of Generic Adderall XR(R) Capsules, 5mg, 10mg, 15mg, 20mg, 25mg, and 30mg" Amneal, October 1, 2009 | A-5653 - A-5655 |
| 146 | "Hikma launches authorized generic of Xyrem® (sodium oxybate) in the US," Hikma, January 3, 2023 | A-5656 - A-5663 |
| 147 | Excerpts from Jazz 10-K for fiscal year ending 2019 | A-5664 - A-5671 |
| 148 | Excerpts from Form S-1, Jazz Pharmaceuticals, Inc., March 8, 2007 | A-5672 - A-5680 |
| 149 | Kim Depo. Ex. 1122 (AVDL_AT_00599619) | A-5681 - A-5685 |
| 150 | Macke Depo. Ex. 1080 (AVDL_AT_00685331) | A-5686 - A-5689 |
| 151 | Macke Depo. Ex. 1083 (AVDL_AT_00637995) | A-5690 - A-5693 |
| 152 | Macke Depo. Ex. 1084 (AVDL_AT_00680622) | A-5694 - A-5696 |
| 153 | Macke Depo. Ex. 1085 (AVDL_AT_00678043) | A-5697 - A-5702 |
| 154 | Macke Depo. Ex. 1086A (AVDL_AT_01029972) | A-5703 - A-5705 |
| 155 | Macke Depo. Ex. 1087 (AVDL_AT_00681986) | A-5706 - A-5710 |
| 156 | Vaughn Depo. Ex. 1029 (AVDL_AT_00427504) | A-5711 - A-5729 |
| 157 | Vaughn Depo. Ex. 1031 (AVDL_AT_00603420) | A-5730 - A-5733 |
| 158 | Vaughn Depo. Ex. 1032 (AVDL_AT_00665575) | A-5734 - A-5738 |
| 159 | Drugs@FDA, "Lumryz Label," May 1, 2023 | A-5739 - A-5776 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 23, 2025, upon the following in the manner indicated:

Daniel M. Silver, Esquire                                                     *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Kenneth G. Schuler, Esquire                                                   *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Herman H. Yue, Esquire                                                        *VIA ELECTRONIC MAIL*
Franco W. Benyamin, Esquire
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alan J. Devlin, Esquire                                            *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. Kowalski, Esquire                                         *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire                                        *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire                                          *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire                                VIA ELECTRONIC MAIL
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*
David F. McGowan, Esquire                           VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire                            VIA ELECTRONIC MAIL
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Matthew C. Hans, Esquire                            VIA ELECTRONIC MAIL
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


                                        */s/ Jeremy A. Tigan*

                                        _____
                                        Jeremy A. Tigan (#5239)