# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant and Counter-Plaintiff | C.A. No. 22-941-GBW <br><br>  <br><br> REDACTED PUBLIC VERSION <br> FILED JUNE 6, 2025 |

**AVADEL'S RESPONSE TO JAZZ'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF JAZZ'S MOTION NO. 1 FOR SUMMARY JUDGMENT**

1. **Admitted**.

2. **Disputed in part**. Avadel clarifies that FDA approved Xyrem for cataplexy or EDS in pediatric patients 7 years of age and older. *See* A3287.[1]

3. **Admitted**.

4. **Disputed in part**. Avadel disputes that the documents cited above establish that Xyrem's REMS is "effective and is a template for other oxybate drugs." The document that Jazz cites in support of that statement notes that "additional prescriber education on safety risks may be warranted" with respect to Xyrem's REMS. A3586.

5. **Disputed in part**. Avadel clarifies that FDA approved Xywav for the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy. A4178.

6. **Disputed in part**. Avadel admits that the first quotation appears in the cited document, but disputes that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Avadel was able to launch LUMRYZ because the FDA found that it made a major contribution to patient care. *See* Ex. 62, at -550-65; A4190-91.

7. **Disputed in part**. Avadel admits that the sources state the quoted language. However, FDA attempts to and succeeds in meeting the PDUFA date for the overwhelming majority of NDAs in a given year. *See* Ex. 59, at 6 (showing that, for LUMRYZ's PDUFA submission cohort (i.e., Original Standard Non-NME NDAs submitted in Fiscal Year 2021), FDA took action on or before the Goal Date 93% of the time—a figure that includes the missed Goal Date on the LUMRYZ NDA).

8. **Disputed in part**. Avadel admits that Jazz's Xyrem and Xywav labels recommend

---

[1] Unless otherwise noted, all exhibits cited herein are to the concurrently filed Declaration of Daniel M. Silver, Esq. in Support of Avadel's Opposition to Jazz's Motions for Summary Judgment and *Daubert* Motions. All citations marked "A__" are to Jazz's Appendix of Exhibits in Support of Jazz's Motions for Summary Judgment and Omnibus Daubert Motion, D.I. 260-65.

reductions in dosing of Xyrem and Xywav when divalproex sodium is concomitantly administered. *See* A3406-71. Avadel disputes that these reductions have been conclusively determined to be "safe."

9. **Disputed in part**. Avadel clarifies that, on August 8, 2016, in response to Avadel's initial request for ODD, OOPD stated that Avadel's ODD request could "not be granted" but that "additional discussion" with Avadel "may be beneficial to determine whether a patient survey or other forms of patient input can be accepted to support a [major contribution to patient care] claim." A-3284. Furthermore, on December 26, 2017, OOPD determined that Avadel "provided a plausible hypothesis for clinical superiority based on major contribution to patient care." Ex. 61, at -465-66.

10. **Disputed in part**. Avadel admits that Jennifer Gudeman made the statement quoted above, but disputes that this statement correctly characterizes Ms. Gudeman's opinions. ████

████

████

████████.

11. **Admitted**.

12. **Disputed in part**. ████

████

████

████.

13. **Disputed in part**. Although Avadel admits that OOPD stated in July 14, 2021, that the "most persuasive" of Avadel's arguments for clinical superiority was that Lumryz offered greater safety than Xywav based on a reduced risk of nighttime falls, OOPD further noted that, "given that narcolepsy is a chronic sleep disorder and requires long-term therapy, the impact that Lumryz's once-

2

nightly dosing may have on patient quality of life may be substantial enough to constitute a MCTPC." A4238.

14.     **Disputed in part**.  According to the SOPP, designation of an ODE issue as "complex" may result in additional layers of review, some of which are discretionary.  *See* A4211-14.

15.     **Disputed in part**.  Avadel admits that MCTPC determinations can, in some cases, "be complex and encompass consideration of a number of factors that potentially implicate safety and effectiveness," but disputes that this statement supports any contention that FDA's determination of MCTPC with respect to LUMRYZ was time-consuming.

16.     **Admitted**.

17.     **Disputed in part**.  Avadel clarifies that DN1 stated that "[t]he available data do not indicate that Lumryz™ provides greater safety in a substantial proportion of patients in the target population." A4241.

18.     **Admitted**.

19.     **Admitted**.

20.     **Admitted**.

21.     **Disputed in part**. █████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

3

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████").

22. **Disputed in part**. It was on January 16, 2022—not January 13, 2022—that FDA stated it was ████████████████████████████████████████████ ████████████████.

23. **Disputed.** Avadel clarifies that FDA told Avadel in January 2022 that ███████ ████████████████████████████████████████.

24. **Disputed in part**. ████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████.

25. **Disputed in part**. Avadel clarifies that, on April 13, 2022, Avadel wrote: ██████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

4

██████████████████████████████████████████████████████████████

████████████████████████████████████████████.

26.     **Admitted**.

27.     **Admitted**.

28.     **Admitted**.

29.     **Disputed in part**.  Avadel clarifies that, in its July 8, 2022, letter, DN1 stated, "DN1's input regarding the orphan-drug exclusivity issues was initially considered in a consult memo dated August 31, 2021.  In the August 31, 2021, consult memo, DN1 stated that DN1 would not consider the greater convenience of once-nightly dosing regimen of Lumryz as a major contribution to patient care (MCTPC) compared to a twice-nightly dosing regimen for Xyrem and Xywav.  However, OOPD subsequently identified additional information for DN1's further consideration, and DN1's consideration of that information remains ongoing.  In light of the upcoming tentative approval action for this application, this memorandum documents the fact that the August 31, 2021, consult review does not represent DN1's final or current thinking on the matter, and that the orphan-drug exclusivity issues associated with this application remain under review."  A4284-85.

30.     **Admitted**.

31.     **Disputed in part**.  Avadel admits that, on August 30, 2022, Avadel sent a letter to the FDA, which was "intended to share the results of new research with OOPD regarding a serious safety risk associated with both IR oxybate formulations to further support the clinical superiority of LUMRYZ over XYREM and XYWAV."  A2776.  However, Avadel's "new research" involved only "examin[ing] FDA's Adverse Event Reporting System ('FAERS') database to better assess this safety risk and further underscore the benefit of a once-nightly ER oxybate product."  A2776.  Furthermore, the November 2022 and January 2023 letters referenced above "did not serve as a basis for FDA's decision" regarding LUMRYZ's ODE.  *See* A2848 n.14.

5

32. **Disputed in part**. Avadel admits that, on April 29, 2023, the Sleep Team concluded that "Lumryz provides a MCTPC over Xyrem and Xywav due to its once nightly dosing." A2653. However, Avadel disputes the above paragraph to the extent it implies that the Sleep Team relied on any materials post-dating the October 15, 2021 PDUFA date in its April 29, 2023, memorandum. In that memorandum, the Sleep Team cited post-October 2021 sources only to support basic, indisputable facts about sleep that were well known to FDA—and, indeed, to the public—in October 2021. *See, e.g.*, A2646-51 & nn.6-7, 31 (citing post-October 2021 to support the following propositions: "[a]dequate sleep is essential for humans as it physically and psychologically restores bodily functions"; "[w]ithout adequate sleep, humans function poorly and may die prematurely"; and "[n]arcolepsy is a disorder of REM intrusion into wakefulness").

33. **Admitted**.

34. **Admitted**.

35. **Admitted**.

36. **Admitted**.

37. **Admitted**.

Dated: May 23, 2025

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
  Daniel M. Silver (#4758)
  Alexandra M. Joyce (#6423)
  Renaissance Centre
  405 North King Street, 8th Floor
  Wilmington, DE 19801
  (302) 984-6300
  dsilver@mccarter.com
  ajoyce@mccarter.com

  *Attorneys for Defendant*

Ian R. Conner
Alan J. Devlin
Anna Rathbun
Christopher J. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004
(202) 637-2200
ian.conner@lw.com
alan.devlin@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
herman.yue@lw.com

Alfred C. Pfeiffer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8898
al.pfeiffer@lw.com

Daralyn J. Durie
Rebecca E. Weires
Tannyr Pasvantis
Eliot A. Adelson
Margaret A. Webb
Helen He
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com
rweires@mofo.com
tpasvantis@mofo.com
eadelson@mofo.com
mwebb@mofo.com
hhe@mofo.com

Kira A. Davis
Henry Huttinger
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
hhuttinger@mofo.com
kmcnutt@mofo.com

Alexander Okuliar
Haydn Forrest
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com
hforrest@mofo.com

Matthew C. Has
POLSINELLI
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
mhans@polsinelli.com