**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JAZZ PHARMACEUTICALS, INC.,

      Plaintiff and Counter-Defendant,

      v.

AVADEL CNS PHARMACEUTICALS,
LLC,

      Defendant and Counter-Plaintiff

C.A. No. 22-941-GBW



REDACTED PUBLIC VERSION
FILED JUNE 6, 2025

**AVADEL'S RESPONSE TO JAZZ'S CONCISE STATEMENT OF MATERIAL
FACTS IN SUPPORT OF JAZZ'S MOTION NO. 2 FOR SUMMARY JUDGMENT**

1.      **Admitted**.

2.      **Admitted.**

3.      **Admitted**.

4.      **Admitted**.

5.      **Disputed**. *See* Avadel's Counter Statement of Facts in Opp'n to Jazz Mot. No. 2 ¶¶ 3-9.

6.      **Admitted**.

7.      **Disputed**.   Avadel disputes Jazz's characterization of Prof. Carrier's deposition testimony. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████.

8.      **Disputed in part**.   While Avadel admits that this quote appears in Mr. Waibel's deposition testimony, Avadel disputes that it represents the full scope of Mr. Waibel's testimony.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████.

9.      **Admitted**.

---

[1] All citations marked "A__" are to the Appendix of Exhibits in Support of Jazz's Motions for Summary Judgment and Omnibus Daubert Motion, D.I. 260-65.

10.     **Disputed in part**.   While Avadel admits that Amneal Pharmaceuticals LLC ("Amneal") and Par Pharmaceutical, Inc. ("Par") make this reference, Avadel adds that Amneal and Par also stated that "the '963 patent generally pertains to centralizing the distribution of hazardous or abuse-prone drugs," A4497, and that "'963 patent claims are directed to a computer implemented system used to distribute a prescription drug that has a potential for misuse, abuse, or diversion," A4501.

11.     **Disputed in part**.  Avadel admits that Dr. Robert Valuck states that "Claim 1 of the '963 patent . . . generally claims a computer implemented system (i.e., a computerized method)." A4578.  However, Dr. Valuck paraphrases the actual language of Claim 1 of the '963 patent, which "recites '[a] computer-implemented system for treatment of a narcoleptic patient with a prescription drug that has potential for misuse, abuse or diversion.'"  A4593.

12.     **Disputed in part**.  Avadel clarifies that in full, Roxane stated that the claims of the '963 patent "recite a series of steps carried out by an ordinary computer system—steps that humans themselves perform in their mind or with the aid of pen and paper."  A4463.


Dated: May 23, 2025

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
    Daniel M. Silver (#4758)
    Alexandra M. Joyce (#6423)
    Renaissance Centre
    405 North King Street, 8th Floor
    Wilmington, DE 19801
    (302) 984-6300
    dsilver@mccarter.com
    ajoyce@mccarter.com

    *Attorneys for Defendant*

2

Ian R. Conner
Alan J. Devlin
Anna Rathbun
Christopher J. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004
(202) 637-2200
ian.conner@lw.com
alan.devlin@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
herman.yue@lw.com

Alfred C. Pfeiffer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8898
al.pfeiffer@lw.com

Daralyn J. Durie
Rebecca E. Weires
Tannyr Pasvantis
Eliot A. Adelson
Margaret A. Webb
Helen He
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com
rweires@mofo.com
tpasvantis@mofo.com
eadelson@mofo.com
mwebb@mofo.com
hhe@mofo.com

Kira A. Davis
Henry Huttinger
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
hhuttinger@mofo.com
kmcnutt@mofo.com

Alexander Okuliar
Haydn Forrest
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com
hforrest@mofo.com

Matthew C. Has
POLSINELLI
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
mhans@polsinelli.com

4