**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>    Defendant and Counter-Plaintiff | C.A. No. 22-941-GBW<br><br><br><br>REDACTED PUBLIC VERSION<br>FILED JUNE 6., 2025 |

**AVADEL'S CONCISE COUNTERSTATEMENT OF FACTS IN
OPPOSITION TO JAZZ'S MOTION FOR SUMMARY JUDGMENT NO. 2**

1. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████ Ex. 70,[1] at -647.

2. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████ Ex. 83, at -039.

3. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████ See Ex. 84, at -223.

4. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████ Ex. 87, at -907.

5. During Jazz's Q3 2016 earnings call, Bruce Cozadd, Jazz's Chairperson and Chief Executive Officer, stated: "In August, we initiated litigation against Roxane on our '963 patent, a restricted distribution system patent not consolidated into the case scheduled for trial." A4109-31.

6. During Jazz's Q2 2016 earnings call, Bruce Cozadd stated: "Recall that earlier this year, an IPR petition on the 7th Orange Book listed patent directed to the restricted distribution

---

[1] Unless otherwise noted, all exhibits cited herein are to the concurrently filed Declaration of Daniel M. Silver, Esq in Support of Avadel's Opposition to Jazz's Motions for Summary Judgment and *Daubert* Motions. All citations marked "A__" are to the Appendix of Exhibits in Support of Jazz's Motions for Summary Judgment and Omnibus Daubert Motion, D.I. 260-65.

system for Xyrem, the '963 patent, was submitted to PTAB and PTAB instituted review on only 3 of its 28 claims." Ex. 92, at 6.

7. During Jazz's Q1 2016 earnings call, Bruce Cozadd stated: "In March, PTAB instituted IPR proceedings on only 3 claims out of the 28 claims included in our '963 patent, a restricted -- distribution system patent listed in the Orange Book." Ex. 91, at 5.

8. During Jazz's Q4 2015 earnings call, Bruce Cozadd stated: "Additional IPR petitions challenging certain of our distribution, method of use and formulation of patents covering Xyrem have also been filed, but PTAB has not yet ruled on institution of those proceedings." Ex. 71, at 5.

9. While defending the '963 patent in front of the Patent Trial and Appeal Board, Jazz stated: "Claims 24, 26, and 27 of the '963 patent claim computer-implemented systems for treating a narcoleptic patient with a prescription drug that has a potential for misuse, abuse, or diversion, while preventing that misuse, abuse, and diversion by means of various controls." Ex. 90, at 2.

10. 

11. Claim 1 of U.S. Patent No. 7,668,730 ("the '730 patent") recites "[a] computerized method of distributing a prescription drug under exclusive control of an exclusive central pharmacy." Ex. 3, D.I. 268-1.

12. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████ Ex. 88, at -070.

13. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████ Ex. 89, at -128.

14. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████. *See* A2071.

15. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████.

16. ███████████████████████████████████████████████

████████████████████████████ Ex. 85, at 7.

17. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

Ex. 82, at 118:22-119:23.

18. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████.

3

19. ████████████████████████████████████████████████

████████████████████████████████████████████████

███████████.

| | MCCARTER & ENGLISH, LLP |
|---|---|
| Dated: May 23, 2025 | /s/ *Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Kenneth G. Schuler | Renaissance Centre |
| Marc N. Zubick | 405 North King Street, 8th Floor |
| Alex Grabowski | Wilmington, DE 19801 |
| Sarah W. Wang | (302) 984-6300 |
| LATHAM & WATKINS LLP | dsilver@mccarter.com |
| 330 North Wabash Avenue, Suite 2800 | ajoyce@mccarter.com |
| Chicago, IL 60611 | |
| (312) 876-7700 | *Attorneys for Defendant* |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |

Ian R. Conner
Alan J. Devlin
Anna Rathbun
Christopher J. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004
(202) 637-2200
ian.conner@lw.com
alan.devlin@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
herman.yue@lw.com

Alfred C. Pfeiffer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8898
al.pfeiffer@lw.com

Daralyn J. Durie
Rebecca E. Weires
Tannyr Pasvantis
Eliot A. Adelson
Margaret A. Webb
Helen He
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com
rweires@mofo.com
tpasvantis@mofo.com
eadelson@mofo.com
mwebb@mofo.com
hhe@mofo.com

Kira A. Davis
Henry Huttinger
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
hhuttinger@mofo.com
kmcnutt@mofo.com

Alexander Okuliar
Haydn Forrest
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com
hforrest@mofo.com

Matthew C. Has
POLSINELLI
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
mhans@polsinelli.com