**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | |
|     Plaintiff and Counter-Defendant, | C.A. No. 22-941-GBW |
|     v. |  |
| AVADEL CNS PHARMACEUTICALS, LLC, | REDACTED PUBLIC VERSION |
|     Defendant and Counter-Plaintiff. | FILED JUNE 6, 2025 |

**DECLARATION OF DANIEL M. SILVER, ESQ.**
**IN SUPPORT OF AVADEL'S OPPOSITION TO JAZZ'S**
**MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

I, Daniel M. Silver, declare as follows:

1.     I am a partner with the firm of McCarter & English, LLP and counsel of record for defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") in the above-captioned action.  I am a member in good standing of the State Bar of Delaware.  The facts set forth herein are true and correct, and based on my own personal knowledge.  If called upon to testify as a witness, I could and would competently testify thereto.

2.     Attached as **Exhibit 40** is a true and correct copy of produced document bearing Bates AVDL_00046077.

3.     Attached as **Exhibit 41** is a true and correct copy of a produced document bearing Bates AVDL_AT_00755512.

4.     Attached as **Exhibit 42** is a true and correct copy of excerpts from the deposition transcript of Brian Werner taken on August 28, 2024.

5.      Attached as **Exhibit 43** is a true and correct copy of the DOJ & FTC Amicus Brief, in *Intellectual Ventures I LLC v. Capital One Financial Corp.*, No. 18-1367 (Fed. Cir. May 11, 2018), D.I. 41.

6.      Attached as **Exhibit 44** is a true and correct copy of the Memorandum Order, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*, No. 21-691 (D. Del. Apr. 6, 2022), D.I. 710.

7.      Attached as **Exhibit 45** is a true and correct copy of the Memorandum Opinion, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*, No. 21-691 (D. Del. Aug. 27, 2024), D.I. 665.

8.      Attached as **Exhibit 46** is a true and correct copy of Avadel CNS Pharmaceuticals, LLC's Federal Rule of Civil Procedure 26(a)(2)(C) Disclosure of Marla Scarola.

9.      Attached as **Exhibit 47** is a true and correct copy of the Memorandum Opinion, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*, No. 21-691 (D. Del. Nov. 18, 2022), D.I. 229.

10.     Attached as **Exhibit 48** is a true and correct copy of an article by Ameet Sarpatwari et al., *Patents on Risk Evaluation and Mitigation Strategies for Prescription Drugs and Generic Competition*, 331 JAMA 976 (2024).

11.     Attached as **Exhibit 49** is a true and correct copy of a FDA Approval Package for Keytruda                    (May                    23,                    2017), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2019/125514Orig1s014.pdf.

12.     Attached as **Exhibit 50** is a true and correct copy of a FDA Summary Memorandum (May 22, 2019), https://www.fda.gov/media/130099/download.

13.     Attached as **Exhibit 51** is a true and correct copy of Jazz Pharmaceuticals, Inc.'s Form 10-Q for the quarterly period ended June 30, 2010.

14.     Attached as **Exhibit 52** is a true and correct copy of Jazz Pharmaceuticals, Inc.'s Form 10-Q for the quarterly period ended September 30, 2008.

15.     Attached as **Exhibit 53** is a true and correct copy of Jazz Pharmaceuticals, Inc.'s Form 10-Q for the quarterly period ended September 30, 2009.

16.     Attached as **Exhibit 54** is a true and correct copy of a press release entitled *Avadel Pharmaceuticals Announces U.S. Commercial Launch of LUMRYZ™ (sodium oxybate) for the Treatment of Cataplexy or Excessive Daytime Sleepiness in Adults Living with Narcolepsy*, Avadel (June 5, 2023), https://investors.avadel.com/news-releases/news-release-details/avadel-pharmaceuticals-announces-us-commercial-launch-lumryztm.

17.     Attached as **Exhibit 55** is a true and correct copy of a produced document bearing Bates AVDL_01391714.

18.     Attached as **Exhibit 56** is a true and correct copy of a produced document bearing Bates AVDL_01395354.

19.     Attached as **Exhibit 57** is a true and correct copy of *FDA: User Fees Explained*, FDA (May 22, 2024), https://www.fda.gov/industry/fda-user-fee-programs/fda-user-fees-explained.

20.     Attached as **Exhibit 58** is a true and correct copy of FDA, PDUFA VII: Fiscal Years 2023 – 2027 (Apr. 24, 2023), https://www.fda.gov/industry/prescription-drug-user-fee-amendments/pdufa-vii-fiscal-years-2023-2027.

21.     Attached as **Exhibit 59** is a true and correct copy of the FDA's Performance Report to Congress, PDUFA, FY 2022, https://www.fda.gov/media/166927/download?attachment.

22.    Attached as **Exhibit 60** is a true and correct copy of the FDA's Performance Report to Congress, PDUFA, FY 2023, https://www.fda.gov/media/177956/download.

23.    Attached as **Exhibit 61** is a true and correct copy of Review of Amended Request for Orphan Drug Designation (Dec. 26, 2017), bearing Bates FDA-Jazz-000461.

24.    Attached as **Exhibit 62** is a true and correct copy of Exclusivity Memorandum (May 1, 2023), bearing Bates FDA-Jazz-000522.

25.    Attached as **Exhibit 63** is a true and correct copy of a letter from Sandra S. Retzky, Director, Office of Orphan Products Development, FDA, to Marla Scarola, US Agent for Flamel Ireland Limited dba Avadel Ireland, ProPharma Group, Orphan-drug designation DRU-2019-7038 (May 1, 2023), bearing Bates FDA-Jazz-001428.

26.    Attached as **Exhibit 64** is a true and correct copy of the Verdict Form, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC,* No. 21-691 (D. Del. Mar. 5, 2024), D.I. 579.

27.    Attached as **Exhibit 65** is a true and correct copy of a Conference Transcript, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals,* LLC, No. 21-691 (D. Del. Apr. 6, 2022), D.I. 101.

28.    Attached as **Exhibit 66** is a true and correct copy of a Letter to Judge Noreika, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC,* No. 21-691 (D. Del. Oct. 18, 2021), D.I. 54.

29.    Attached as **Exhibit 67** is a true and correct copy of the Opinion, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals*, LLC, No. 24-2274 (Fed. Cir. May 6, 2025), D.I. 61.

30.    Attached as **Exhibit 68** is a true and correct copy of the Order and Judgment, in *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals*, LLC, No. 21-691 (D. Del. Nov. 18, 2022), D.I. 232.

31.    Attached as **Exhibit 69** is a true and correct copy of a letter from Debra Y. Lewis, Acting Director, Office of Orphan Products Development, FDA, to Marla Scarola, Senior Consultant, The Winberg Group, Inc., on behalf of Flamel Ireland Limited (Jan. 8, 2018), bearing Bates FDA-Jazz-000836.

32.    Attached as **Exhibit 70** is a true and correct copy of a produced document bearing Bates JP-COMP-000119647.

33.    Attached as **Exhibit 71** is a true and correct copy of the transcript of the Jazz Pharmaceuticals PLC FQ4 Earnings Call held on February 23, 2016.

34.    Attached as **Exhibit 72** is a true and correct copy of an Office of Orphan Products Development Memorandum re Clinical Superiority of Genetics' Institute coagulation factor IX product, BeneFix (Jan. 28, 1997).

35.    Attached as **Exhibit 73** is a true and correct copy of the Department of Health and Human Services' Letter to Burt A. Adelman, M.D., Vice President Development Operations Biogen, Inc. (May 17, 1996).

36.    Attached as **Exhibit 74** is a true and correct copy of an Office of Orphan Products Development Memorandum re Clinical Superiority of Biogen's interferon product, Avonex (Apr. 16, 1996).

37.    Attached as **Exhibit 75** is a true and correct copy of Biogen, Inc.'s Form 10-Q for the quarterly period ended June 30, 1995.

38.     Attached as **Exhibit 76** is a true and correct copy of the Department of Health and Human Services' Letter to Pamela Williamson Joyce, Vice President, Regulatory Affairs U.S. at Serono, Inc. (March 7, 2002).

39.     Attached as **Exhibit 77** is a true and correct copy of Serono S.A.'s Form 6-K for the month of February 2002.

40.     Attached as **Exhibit 78** is a true and correct copy of an Division of Clinical Trial Design and Analysis Memorandum re BLA STN 103780 / 0 Comparative Study of Rebif to Avonex and Orphan Exclusivity (March 7, 2002).

41.     Attached as **Exhibit 79** is a true and correct copy of an Office of Orphan Products Development Memorandum re Analysis of Exclusivity Issues Raised in the Serono BLA for Rebif (March 7, 2002).

42.     Attached as **Exhibit 80** is a true and correct copy of the Determination of Regulatory Review Period for Purposes of Patent Extension; BeneFIX, 63 Fed. Reg. 41,579 (Aug. 4, 1998).

43.     Attached as **Exhibit 81** is a true and correct copy of excerpts from the deposition transcript of Daniel E. Troy taken on March 20, 2025.

44.     Attached as **Exhibit 82** is a true and correct copy of excerpts from the deposition transcript of Bruce Cozadd taken on September 17, 2024.

45.     Attached as **Exhibit 83** is a true and correct copy of a produced document bearing Bates JP-COMP-000199039.

46.     Attached as **Exhibit 84** is a true and correct copy of a produced document bearing Bates JP-COMP-000249195.

47.     Attached as **Exhibit 85** is a true and correct copy of a produced document bearing Bates JP-COMP-000269025.

48.     Attached as **Exhibit 86** is a true and correct copy of a produced document bearing Bates JP-COMP-000271065.

49.     Attached as **Exhibit 87** is a true and correct copy of a produced document bearing Bates JP-COMP-000373761.

50.     Attached as **Exhibit 88** is a true and correct copy of a produced document bearing Bates JP-COMP-000881069.

51.     Attached as **Exhibit 89** is a true and correct copy of a produced document bearing Bates JPION00382126.

52.     Attached as **Exhibit 90** is a true and correct copy of the Patent Owner Response Pursuant to 37 C.F.R. § 42.120, in *Amneal Pharms. LLC v. Jazz Pharms., Inc.*, No. IPR2015-01903 (P.T.A.B. June 3, 2016).

53.     Attached as **Exhibit 91** is a true and correct copy of the transcript of the Jazz Pharmaceuticals PLC FQ1 Earnings Call held on May 10, 2016.

54.     Attached as **Exhibit 92** is a true and correct copy of the transcript of the Jazz Pharmaceuticals PLC FQ2 Earnings Call held on August 9, 2016.

55.     Attached as **Exhibit 93** is a true and correct copy of NDA 214755, Clinical Pharmacology Review (Oct. 14, 2021), bearing Bates FDA-Jazz-000081.

56.     Attached as **Exhibit 94** is a true and correct copy of excerpts from the deposition transcript of Tom McHugh taken on September 11, 2024.

57.     Attached as **Exhibit 95** is a true and correct copy of a produced document bearing Bates JP-COMP-000044879.

58.     Attached as **Exhibit 96** is a true and correct copy of a produced document bearing Bates AVDL_00102825.


Executed on May 23, 2025.

/s/ Daniel M. Silver

Daniel M. Silver