# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant and Counter-Plaintiff | C.A. No. 22-941-GBW <br><br>  <br><br> PUBLIC VERSION FILED: June 20, 2025 |

**AVADEL'S RESPONSES TO JAZZ'S COUNTERSTATEMENT OF FACTS**

1. **Admitted.**

2. **Admitted.**

3. **Admitted.**

4. **Admitted.** ████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████.[1]

5. **Disputed.** The cited evidence does not support the stated fact and mischaracterizes the testimony. ████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████. Due to Jazz's conduct, Avadel ultimately did not receive FDA approval in October 2021, ████████████████████████████████
██████████████████████.

6. **Admitted.**

7. **Admitted.**

8. **Admitted.**

9. **Admitted in part.** Avadel admits that the document contains that statement. **Disputed in part.** ████████████████████████████████████████████
████████████████████████████████████████████████████

10. **Admitted.**

11. **Admitted.**

---

[1] All citations marked "A__" are to Jazz's Exhibit Appendices.

1

12. **Admitted in part.** Avadel admits that the first slide of the draft contains the quoted statement. **Disputed in part.** However, Jazz mischaracterizes the evidence. ████████ ████████████████████████████████████████████████████ ████████████████████████████████

13. **Admitted.**

14. **Admitted.**

15. **Admitted.**

16. **Admitted.**

17. **Admitted in part.** Avadel admits that Mr. Orszag made that statement; however, Jazz mischaracterizes its context. Mr. Orszag writes in the same paragraph, ████████ ████████████████████████████████████████████████████ ████████████

18. **Admitted.**

19. **Admitted.**

20. **Admitted.**

21. **Admitted.**

22. **Admitted.**

23. **Admitted.** In his paper, Mr. Orszag also recognizes that "the challenge of competition policy in this area (as in all highly innovative industries) is to strike the appropriate balance between providing incentives to encourage innovation, while stimulating competition to lower drug prices." A5517.

| | |
|---|---|
| Dated: June 13, 2025<br><br>OF COUNSEL:<br><br>Kenneth G. Schuler<br>Marc N. Zubick<br>Alex Grabowski<br>Sarah W. Wang<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br>kenneth.schuler@lw.com<br>marc.zubick@lw.com<br>alex.grabowski@lw.com<br>sarah.wang@lw.com<br><br>Ian R. Conner<br>Alan J. Devlin<br>Anna Rathbun<br>Christopher J. Brown<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br>ian.conner@lw.com<br>alan.devlin@lw.com<br>anna.rathbun@lw.com<br>christopher.brown@lw.com<br><br>Herman Yue<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>herman.yue@lw.com<br><br>Alfred C. Pfeiffer<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 395-8898<br>al.pfeiffer@lw.com | MCCARTER & ENGLISH, LLP<br><br>/s/ *Daniel M. Silver*<br>   Daniel M. Silver (#4758)<br>   Alexandra M. Joyce (#6423)<br>   Renaissance Centre<br>   405 North King Street, 8th Floor<br>   Wilmington, DE 19801<br>   (302) 984-6300<br>   dsilver@mccarter.com<br>   ajoyce@mccarter.com<br><br>*Attorneys for Defendant* |

3

Daralyn J. Durie
Rebecca E. Weires
Tannyr Pasvantis
Eliot A. Adelson
Margaret A. Webb
Helen He
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com
rweires@mofo.com
tpasvantis@mofo.com
eadelson@mofo.com
mwebb@mofo.com
hhe@mofo.com

Kira A. Davis
Henry Huttinger
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
hhuttinger@mofo.com
kmcnutt@mofo.com

Alexander Okuliar
Haydn Forrest
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037, USA
(202) 887-1500
aokuliar@mofo.com
hforrest@mofo.com

Matthew C. Has
POLSINELLI
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
mhans@polsinelli.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on June 13, 2025 on the following counsel in the manner indicated below.

**VIA EMAIL:**
Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

William R. Sears
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Willsears@quinnemanuel.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Steig D. Olson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
steigolson@quinnemanuel.com

*Attorneys for Plaintiff Jazz Pharmaceuticals, Inc.*

Dated: June 13, 2025             */s/ Daniel M. Silver*
                                 Daniel M. Silver (#4758)

ME1\53519120.v1