IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-941 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Counterclaim-Plaintiff. | ) | REDACTED - PUBLIC VERSION |

**JAZZ'S RESPONSES TO AVADEL'S CONCISE COUNTERSTATEMENT OF FACTS
IN OPPOSITION TO JAZZ'S MOTION FOR SUMMARY JUDGMENT NO. 2**

OF COUNSEL:

F. Dominic Cerrito
Steig D. Olson
Gabriel P. Brier
Frank C. Calvosa
Sami Rashid
Elizabeth J. Murphy
John P. Galanek
Nicolas Siebert
Maxwell Hawley
Kevin Adams
Habib-Emmanuel Abraham
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

June 13, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant
Jazz Pharmaceuticals, Inc.*

I.  **RESPONSE TO AVADEL'S STATEMENT OF FACTS**

**Response to ¶1**: Disputed insofar as Avadel suggests that ██████████ ██████████ ██████████ .

**Response to ¶2**: Undisputed that Avadel accurately quoted a portion of the email. Disputed as to the implication the '963 patent listing impeded a faster approval of Lumryz. ██████████ ██████████ .

**Response to ¶3**: Undisputed that the document ██████████ ██████████ ██████████ ██ .

**Response to ¶4**: Undisputed that the documents ██████████ ██████████ ██████████ ██████ .

**Response to ¶5**: Undisputed that Avadel accurately quoted a portion of Jazz's Q3 2016 earnings call. Disputed as to the implication that Jazz did not consider the '963 patent claims as directed to methods of using Xyrem. *See* D.I. 249 at ¶¶ 2, 3, 5, 6.

**Response to ¶6**: Undisputed that Avadel accurately quoted a portion of Jazz's Q2 2016 earnings call. Disputed as to the implication that Jazz did not consider the '963 patent claims as directed to methods of using Xyrem. *See* Jazz Op. at ¶¶ 2, 3, 5, 6.

**Response to ¶7**: Undisputed that Avadel accurately quoted a portion of Jazz's Q1 2016 earnings call. Disputed as to the implication that Jazz did not consider the '963 patent claims as directed to methods of using Xyrem. *See* D.I. 249 at ¶¶ 2, 3, 5, 6.

**Response to ¶8**: Undisputed that Avadel accurately quoted a portion of Jazz's Q4 2015 earnings call. Disputed as to the implication that Jazz did not consider the '963 patent claims as directed to methods of using Xyrem. *See* D.I. 249 at ¶¶ 2, 3, 5, 6.

**Response to ¶9**: Undisputed that Avadel accurately quoted a portion of Jazz's Patent Owner Response in IPR2015-01903. Disputed as to the implication that Jazz did not consider the '963 patent claims as directed to methods of using Xyrem. *See* D.I. 249 at ¶¶ 2, 3, 5, 6.

**Response to ¶10**: Undisputed.

**Response to ¶11**: Undisputed as to the part of the claim quoted. The full language of the claim appears in the patent. D.I. 268-1, Ex. 3.

**Response to ¶12**: Undisputed.

**Response to ¶13**: Undisputed that Avadel accurately quotes the document. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ A2070 at 122:14-123:22; A2072 at 132:13-133:7.

**Response to ¶14**: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. A2070 at 122:14-123:22; A2072 at 132:13-133:7.

**Response to ¶15**: Undisputed that Avadel accurately quoted a portion of the document. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. A2073-74 at 137:4-138:14.

**Response to ¶16**: Undisputed as of the date of the document.

**Response to ¶17**: Undisputed that Avadel accurately quoted a portion of Bruce Cozadd's deposition. ████████████████████████████████████████████████████████████████ . A2073-74 at 137:4-138:14.

**Response to ¶18**: Undisputed.

**Response to ¶19**: Disputed. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████ .

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Cameron P. Clark (#6647) |
| F. Dominic Cerrito | 1201 North Market Street |
| Steig D. Olson | P.O. Box 1347 |
| Gabriel P. Brier | Wilmington, DE 19899 |
| Frank C. Calvosa | (302) 658-9200 |
| Sami Rashid | jtigan@morrisnichols.com |
| Elizabeth J. Murphy | cclark@morrisnichols.com |
| John P. Galanek |  |
| Nicolas Siebert | *Attorneys for Counterclaim-Defendant* |
| Maxwell Hawley | *Jazz Pharmaceuticals, Inc.* |
| Kevin Adams |  |
| Habib-Emmanuel Abraham |  |
| QUINN EMANUEL URQUHART |  |
|   & SULLIVAN, LLP |  |
| 295 Fifth Avenue |  |
| New York, NY 10016 |  |
| (212) 849-7000 |  |

William R. Sears
Lynette Lim
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

June 13, 2025

4

**CERTIFICATION OF COMPLIANCE**

I hereby certify that Jazz Pharmaceuticals, Inc's Response to Avadel CNS Pharmaceuticals, LLC's Concise Counterstatement of Facts in Opposition to Jazz's Motion for Summary Judgment No. 2 (D.I. 297) complies with the four-page limit (when doubled-spaced with 1-inch margins) as set forth in Paragraph 9(b) of the Scheduling Order entered in this case (D.I. 44).

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco W. Benyamin, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |
| David F. Kowalski, Esquire<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>*Attorneys for Counterclaim-Plaintiff*<br>*Avadel CNS Pharmaceuticals, LLC* | *VIA ELECTRONIC MAIL* |

Alan J. Devlin, Esquire     *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire     *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire     *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire     *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire  VIA ELECTRONIC MAIL
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Matthew C. Hans, Esquire  VIA ELECTRONIC MAIL
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

3