IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAZZ PHARMACEUTICALS, INC.,           )
                                      )
                 Counterclaim-Defendant, )
                                      )
        v.                            )        C.A. No. 22-941 (GBW)
                                      )
AVADEL CNS PHARMACEUTICALS LLC, )        ███████████████████████
                                      )        ███
                 Counterclaim-Plaintiff. )       REDACTED - PUBLIC VERSION

**REPLY DECLARATION OF WILLIAM R. SEARS IN SUPPORT
OF JAZZ'S SUMMARY JUDGMENT AND DAUBERT MOTIONS**

I, William R. Sears, submit this declaration on behalf of Jazz Pharmaceuticals, Inc. and hereby state as follows:

1.      I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Jazz in the above-captioned action.

2.      I respectfully submit this declaration in support of Jazz's Reply Summary Judgment and *Daubert* Motions.

3.      Attached hereto as **Exhibit 160** is a true and correct copy of the Rebuttal Expert Report of Steven R. Little, dated January 27, 2025.

4.      Attached hereto as **Exhibit 161** is a true and correct copy of the Second Supplemented Opening Expert Report of William Charman, dated April 28, 2023.

5.      Attached hereto as **Exhibit 162** is a true and correct copy of the Corrected Expert Rebuttal Report of Yogesh Bahl, dated February 4, 2025.

6.      Attached hereto as **Exhibit 163** is a true and correct copy of the Deposition Errata for Ellis Unger, dated April 17, 2025.

7.      Attached hereto as **Exhibit 164** is a true and correct copy of the transcript of a hearing on July 30, 2021 from Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC, Case No. 21-691.

8.      Attached hereto as **Exhibit 165** is a true and correct copy of a document titled "Clinical Superiority Findings," available at https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025.


*/s/ William R. Sears*
William R. Sears

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2025, upon the following in the manner indicated:

Daniel M. Silver, Esquire                               *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Kenneth G. Schuler, Esquire                             *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Herman H. Yue, Esquire                                  *VIA ELECTRONIC MAIL*
Franco W. Benyamin, Esquire
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. Kowalski, Esquire                              *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alan J. Devlin, Esquire                                  *VIA ELECTRONIC MAIL*
Ian R. Conner, Esquire
Anna M. Rathbun, Esquire
Christopher J. Brown, Esquire
Kimon K. Triantafyllou, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Alfred C. Pfeiffer, Esquire                              *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Daralyn J. Durie, Esquire                                *VIA ELECTRONIC MAIL*
Tannyr Pasvantis, Esquire
Eliot A. Adelson, Esquire
Helen He, Esquire
Margaret A. Webb, Esquire
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Rose S. Lee, Esquire                                     *VIA ELECTRONIC MAIL*
Kira A. Davis, Esquire
W. Henry Huttinger, Esquire
Katherine E. McNutt, Esquire
Rebecca E. Weires, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

David F. McGowan, Esquire                                *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*

Andrew T. Jones, Esquire                                    *VIA ELECTRONIC MAIL*
Haydn Forrest, Esquire
Alexander Okuliar, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


Matthew C. Hans, Esquire                                    *VIA ELECTRONIC MAIL*
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO  63105
*Attorneys for Counterclaim-Plaintiff*
*Avadel CNS Pharmaceuticals, LLC*


                                          */s/ Jeremy A. Tigan*

                                          _____
                                          Jeremy A. Tigan (#5239)