# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant and Counter-Plaintiff. | C.A. No. 22-941-GBW |

## STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION

WHEREAS, Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") filed a Complaint (D.I. 1) against Avadel CNS Pharmaceuticals, LLC ("Avadel") for alleged infringement of U.S. Patent No. 8,731,963 ("'963 patent");

WHEREAS, in its answer, Avadel asserted counterclaims against Jazz for treble damages under Section 4 of the Clayton Act resulting from Jazz's alleged monopolization and attempted monopolization in violation of Section 2 of the Sherman Act, as well as for an injunction pursuant to Section 16 of the Clayton Act to permanently enjoin Jazz's conduct (D.I. 14 at pp. 41-49);

WHEREAS, the '963 patent has expired and the parties stipulated to the dismissal of Jazz's infringement claims (D.I. 32); and, therefore, there is no claim by Jazz remaining in this action, leaving Avadel's counterclaims as the only remaining claims at issue;

WHEREAS, the parties have conferred and agreed to amend the case caption to reflect the appropriate identification of the parties;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the caption of this case shall be amended to identify Avadel as the Plaintiff and Jazz as the Defendant as follows:

|  |  |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 22-941-GBW |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Cameron P. Clark
Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Counterclaim-Defendant*

McCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Counterclaim-Plaintiff*

Dated: July 14, 2025

IT IS SO ORDERED this 15th day of July 2025.

_____
The Honorable Gregory B. Williams