IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC : | |
| : | |
| Plaintiff, : | C.A. No. 22-941-GBW |
| : | |
| v. : | |
| : | |
| JAZZ PHARMACEUTICALS, INC., : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

AND NOW, this 12th day of August 2025, upon consideration of Defendant Jazz Pharmaceuticals, Inc.'s ("Jazz") request for the Court to enlarge the time for trial to ten (10) days (D.I. 340) and Plaintiff Avadel CNS Pharmaceuticals, LLC's ("Avadel") response in opposition to Jazz's request for the Court to enlarge the time for trial to ten (10) days and to keep the time allotted for trial to five (5) days as originally scheduled (D.I. 341), and after making an informed analysis based on the parties' representations and submissions, IT IS HEREBY ORDERED that Jazz's request is GRANTED-IN-PART AND DENIED-IN-PART. The Court enlarges the time from five (5) to eight (8) days for the parties to try this

case with the time to be split equally between the parties. The trial will be timed with each side being allocated eighteen (18) hours, all-inclusive, to present its case, defense, etc. during the trial. The trial days will be November 3, 4, 5, 6, 7, 10, 12 and 13, 2025.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE