### Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

August 14, 2025

The Honorable Gregory B. Williams            *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC,* C.A. No. 22-941 (GBW)

Dear Judge Williams:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    Counsel for the parties conferred by email and verbally in accordance with D. Del. LR 7.1.1 on multiple occasions. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on August 7, 2025:

- Avadel's Delaware Counsel: Daniel M. Silver (McCarter & English, LLP)

- Avadel's Lead Counsel: Anna Rathbun, Chris Brown (Latham & Watkins LLP); W. Henry Huttinger (Morrison & Foerster LLP)

- Jazz's Delaware Counsel: Jeremy Tigan (Morris, Nichols, Arsht & Tunnell LLP)

- Jazz's Lead Counsel: Will Sears, Nicolas Siebert (Quinn Emanuel Urquhart & Sullivan, LLP)

The dispute requiring judicial attention is listed below:

1. The scope of Avadel's supplemental expert damages productions, including Avadel's latest Lumryz REMS Assessment Reports and a go-get production of slide presentations discussing recent shareholder disputes and Avadel's financial performance.

The Honorable Gregory B. Williams
August 14, 2025
Page 2

                                          Respectfully,

                                          */s/ Jeremy A. Tigan*

                                          Jeremy A. Tigan (#5239)

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)