## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAZZ PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 22-941-GBW |

---

## ORDER

At Wilmington this 2nd day of October 2025, **IT IS HEREBY ORDERED** that Avadel's Motion for Summary Judgment No. 1 (Jazz's regulatory compliance defense fails because there is no evidence to establish the requisite subjective good-faith element of this defense) and Avadel's Motion for Summary Judgment No. 2 (Avadel has satisfied the second element of its antitrust claims as a matter of law because Jazz's wrongful listing of the '963 patent in the FDA's Orange Book constitutes exclusionary conduct under Section 2 of the Sherman Act) (D.I. 266) are **DENIED**. The Court will rule on Avadel's pending *Daubert* motions (D.I. 266) at a later date.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE